Dear Sir,

3-3-05

04cv1334KAJ

[FILED MAR - 7 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

I'm inquiring on a law suit I filed five months ago. I recieved a letter informing me that Kent Jordan is the overseeing judge. I have recieved nothing since.

Would you please send me the status and case # number of my suit?

Thank you for your time and help in this matter.

Sincerely,

Donald Jordan