OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 24, 2005

TO: Donald Jordan
    SBI #095723
    SCI

   **RE:   Return of Check #41691, Sussex Correctional Program
          Account; CA 04-1334 KAJ**

   The Clerk's office is in receipt of the above mentioned check for $10.00 returned and enclosed herein. Please be advised, the Clerk is unable to accept this payment towards the filing fee in civil action 04-1334 KAJ.

   Pending before the Court is a motion filed by you to proceed *in Forma Pauperis*. (DI 1) A filing fee will not be assessed in this case until the pending motion is ruled upon. The Clerk cannot accept partial payment in a civil action until a filing fee order has been issued by the Court. Therefore, the submitted check must be returned to you.

   Should your motion for pauper status be granted, an initial filing fee will be assessed by the Court. Should you choose to pay the entire filing fee of $150.00 before the Court rules upon the outstanding motion, you may do so by sending a check or money order made payable to the Clerk, US District Court to the address listed above. If your motion is denied by the Court, you will be responsible for paying the entire filing fee. Again, the Clerk cannot accept partial payment of the filing fee until a fee has been assessed by order of the Court.

                                       Sincerely,

/btg                                   PETER T. DALLEO
                                       CLERK

Encl.: Check, Docket Sheet
cc: ✓The Honorable Kent A Jordan; CA 04-1334 KAJ
    SCI Business Office
    CAF

SUSSEX CORRECTIONAL INSTITUTION
INMATE ACCOUNT
P.O. BOX 500
GEORGETOWN, DE 19947

41691
62-9/311

PAY TO THE ORDER OF: Office of the Clerk

DATE: 03-21-05

$ 10.00

DOLLARS

WILMINGTON TRUST
Wilmington, Delaware

FOR: 095723 Khalid Jordan

Phyllis Kidder
Michael A. Buoley

VOID AFTER 90 DAYS

⑆041691⑆ ⑈031100092⑈ 001 1100 2935⑈

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01334-KAJ
## Internal Use Only

| | |
|---|---|
| Jordan v. State of Delaware, et al | Date Filed: 10/05/2004 |
| Assigned to: Honorable Kent A. Jordan | Jury Demand: Plaintiff |
| Demand: $0 | Nature of Suit: 555 Prisoner: Prison Conditions |
| Case in other court: USDC/DE, 93cv413RRM | Jurisdiction: Federal Question |
| Cause: 42:1983 Prisoner Civil Rights | |

**Plaintiff**

**Donald J. Jordan**
*Individually and on behalf of al persons similarly situated*

represented by **Donald J. Jordan**
#095723
SCI
P.O. Box 500
Georgetown, DE 19947
PRO SE

V.

**Defendant**

**State of Delaware**
*by and through the DELAWARE DEPARTMENT OF CORRECTIONS (DDOC)*

**Defendant**

**Stanley Taylor**
*Commissioner DDOC*

**Defendant**

**Chief Bureau Prisons Paul W. Howard**
*DDOC*

**Defendant**

**MD Ben Robinson**
*Medical Director DDOC*

**Defendant**

**Warden Rick Kearney**
*Sussex Correctional Institution (SCI)*

**Defendant**

**MD Roberta F. Burns**
*Staff Physician*

**Defendant**

**Susan Rickards**
*Administrator of Health Services DDOC*

**Defendant**

**John and Jane Does I-XII**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2004 | 1 | MOTION by Donald J. Jordan to Proceed in Forma Pauperis (mwm) (Entered: 10/06/2004) |
| 10/05/2004 | 2 | COMPLAINT filed. (mwm) (Entered: 10/06/2004) |
| 10/05/2004 |  | DEMAND for jury trial by Donald J. Jordan (mwm) (Entered: 10/06/2004) |
| 10/13/2004 | 3 | CASE assigned to Judge Kent A. Jordan. Notice to all parties. (rjb) (Entered: 10/13/2004) |
| 03/07/2005 | 4 | Letter dated 3/3/05 to Clerk from Donald Jordan regarding Requesting Status. (rwc, ) (Entered: 03/07/2005) |
| 03/08/2005 | 5 | Letter dated 3/8/05 to Donald J. Jordan from Clerk |

| | | |
|---|---|---|
| | | regarding response to DI# 4. (rwc, ) (Entered: 03/08/2005) |