IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
MAY 13 2005
U.S. DISTRICT COURT
D.

| | |
|---|---|
| DONALD JORDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1334-KAJ |
| | ) |
| STATE OF DELAWARE, by and through the DELAWARE DEPARTMENT OF CORRECTIONS, STANLEY TAYLOR COMMISSIONER, PAUL W. HOWARD BUREAU CHIEF, BEN ROBINSON M.D. MEDICAL DIRECTOR, RICK KEARNEY WARDEN SUSSEX CORRECTIONAL INSTITUTION, ROBERTA BURNS M.D. STAFF PHYSICIAN, SUSAN RICKARDS ADMINISTRATOR OF HEALTH SERVICES, and JOHN AND JANE DOES I-XII, | ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Donald Jordan, SBI #095723, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $8.49 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated Apr. 22nd, 2005, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply

to any other agency into whose custody I may be transferred.

Date: 5/11/05 _____, 2005.

                                              _/s/ Donald Jordan_____
                                              Donald Jordan

I/M: Donald J. Jordan  BLDG: Med-B
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S. X-RAY

1265 U.S. POSTAGE PB 2230
7963 $00.37⁰ MAY 12
4804 FROM ZIP CODE 19

Office of the Clerk
United States District Court
844 North King St. Lockbox 18
Wilmington, DE
  19801-3570

19801+3513 12