# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF DELAWARE

| | |
|---|---|
| DONALD JORDAN,                )  | |
|                               )  | |
|         Plaintiff,            )  | |
|                               )  | |
|    v.                         )  | C.A. No. 04-1334-KAJ |
|                               )  | |
| STATE OF DELAWARE, by and     )  | |
| through the DELAWARE          )  | |
| DEPARTMENT OF CORRECTIONS,    )  | |
| STANLEY TAYLOR COMMISSIONER,  )  | |
| PAUL W. HOWARD BUREAU CHIEF,  )  | |
| BEN ROBINSON M.D. MEDICAL     )  | |
| DIRECTOR, RICK KEARNEY WARDEN )  | |
| SUSSEX CORRECTIONAL           )  | |
| INSTITUTION, ROBERTA BURNS    )  | |
| M.D. STAFF PHYSICIAN, SUSAN   )  | |
| RICKARDS ADMINISTRATOR OF     )  | |
| HEALTH SERVICES, and JOHN AND )  | |
| JANE DOES I-XII,              )  | |
|                               )  | |
|         Defendants.           )  | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi on behalf of Defendants the State of Delaware, Stanley Taylor, Paul Howard, Rick Kearney and Susan Rickards. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitation defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Dated: September 8, 2005

**CERTIFICATE OF SERVICE**

        I hereby certify that on September 8, 2005, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on September 8, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Donald Jordan, SBI # 095723
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

        /s/ Lisa Barchi
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        lisa.barchi@state.de.us