**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF DELAWARE**

| | | |
|---|---|---|
| DONALD JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1334-KAJ |
| | ) | |
| STATE OF DELAWARE, by and | ) | |
| through the DELAWARE | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| STANLEY TAYLOR COMMISSIONER, | ) | |
| PAUL W. HOWARD BUREAU CHIEF, | ) | |
| BEN ROBINSON M.D. MEDICAL | ) | |
| DIRECTOR, RICK KEARNEY WARDEN | ) | |
| SUSSEX CORRECTIONAL | ) | |
| INSTITUTION, ROBERTA BURNS | ) | |
| M.D. STAFF PHYSICIAN, SUSAN | ) | |
| RICKARDS ADMINISTRATOR OF | ) | |
| HEALTH SERVICES, and JOHN AND | ) | |
| JANE DOES I-XII, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Defendant Suesann Rickards, by and through undersigned counsel, and hereby respectfully requests that this Honorable Court enter an Order, removing Deputy Attorney General Lisa Barchi as counsel for Suesann Rickards. In support of this motion, the following information is offered:

1. On August 26, 2005, Suesann Rickards was served at the with the above captioned complaint at the Sussex Correctional Institution in Georgetown, Delaware. (D.I.13)

2. On September 8, 2005, after inquiring about the status of this defendant as a State employee, counsel was informed that the defendant was an employee of the Department of Correction. In the routine course of business counsel sent a letter regarding representation to

Ms. Rickards.

3.  As requested, Ms. Rickards signed and returned the portion of the letter which allows her to indicate whether she wants to have the Department of Justice represent her in this matter. She indicated that she is an employee of First Correctional Medical and she is not an employee of the Department of Correction. Ms. Rickards stated that she will be represented by the attorney who represents First Correctional Medical. (*See* second page of representation letter attached as Exhibit "A").

WHEREFORE, the State respectfully requests that Deputy Attorney General Lisa Barchi be allowed to withdraw as counsel for Suesann Rickards.

                        STATE OF DELAWARE
                        DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Date: September 16, 2005                  Attorney for State Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2005, I electronically filed *Motion to Withdraw as Counsel* with the Clerk of Court using CM/ECF.  I hereby certify that on September 16, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Donald J. Jordan
SBI # 095723
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

/s/ Lisa Barchi
Lisa Barchi  # 3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
lisa.barchi@state.de.us