OFFICE OF
ATTORNEY GENERAL

SEP 14 2005

RECEIVED
CORRECTION UNIT

Suesann Rickards  
September 8, 2005  
Page 2

Jordan v. State of Delaware, et. al.  
C.A. No. 04-1334-KAJ

---

Please provide your written statement including any incident reports within one week of receipt of this letter since I will need these to defend the case.

Thank you.

Very truly yours,

*Lisa Barchi* (signature)

Lisa Barchi  
Deputy Attorney General

LB:lc

Enclosure

---

☑ I have been served with a copy of the Complaint.

☐ I have **not** been served with a copy of the Complaint

☐ I wish the Department of Justice to represent me in this lawsuit.

The lawsuit has been sent to First Correctional Medical in AZ. I shall be represented by their legal staff.

Suesann Rickards                    /s/ Suesann Rickards  
Defendant's Name (Please Print)     Signature of Defendant

Normal Work Shift: 8-4              Institution: Sussex Correctional Instit.

Phone: ▮▮▮▮▮▮▮▮                    Address: HWY 113 Box 500

Home Phone: ▮▮▮▮▮▮▮▮                         Georgetown, DE 19947

Date: 9-9-05

(Please return entire page to our office)