UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD J. JORDAN | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1334-KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Daniel L. McKenty, Esquire, and Dana M. Spring, Esquire, as attorneys for defendants Roberta F. Burns, MD, and Susan Rickards in the above-referenced action.

This entry of appearance in no way waives any defenses defendants may have with respect to jurisdiction, venue, process, or service of process.

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana M. Spring
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Roberta F. Burns, MD
and Susan Rickards

October 13, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD J. JORDAN | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1334-KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, **Dana M. Spring**, hereby certify that on this date a copy of the attached *Entry of Appearance* was served electronically, and via first class mail, upon the following:

Lisa Ann Barchi, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

Donald J. Jordan
SBI # 095723
Sussex Correctional Institute
P.O. Box 500
Georgetown, DE 19947

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana M. Spring
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Roberta F. Burns, MD
and Susan Rickards

October 13, 2005