**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF DELAWARE**

| | |
|---|---|
| DONALD JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1334-KAJ |
| ) | |
| STATE OF DELAWARE, by and ) | |
| through the DELAWARE ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| STANLEY TAYLOR COMMISSIONER, ) | |
| PAUL W. HOWARD BUREAU CHIEF, ) | |
| BEN ROBINSON M.D. MEDICAL ) | |
| DIRECTOR, RICK KEARNEY WARDEN ) | |
| SUSSEX CORRECTIONAL ) | |
| INSTITUTION, ROBERTA BURNS ) | |
| M.D. STAFF PHYSICIAN, SUSAN ) | |
| RICKARDS ADMINISTRATOR OF ) | |
| HEALTH SERVICES, and JOHN AND ) | |
| JANE DOES I-XII, ) | |
| ) | |
| Defendants. ) | |

**STATE DEFENDANTS' MOTION TO DISMISS/SUMMARY JUDGMENT**

COME NOW, State Defendants, Delaware Department of Correction, Commissioner Stanley Taylor, Paul Howard, and Rick Kearney by and through undersigned counsel, and hereby respectfully request that this Honorable Court enter an Order, pursuant to Rules 12(b)(1), 12 (b)(6) and 56(c) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against the State defendants. In support of their motion to dismiss/summary judgment, Defendants have filed simultaneously herewith a memorandum of points and authorities demonstrating the requested relief.

WHEREFORE, State Defendants respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's claims with prejudice.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Lisa Barchi
        Lisa Barchi  #3927
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        lisa.barchi@state.de.us

        Attorney for State Defendants

DATE: October 24, 2005

# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF DELAWARE

| | |
|---|---|
| DONALD JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1334-KAJ |
| | ) |
| STATE OF DELAWARE, by and through the DELAWARE DEPARTMENT OF CORRECTIONS, STANLEY TAYLOR COMMISSIONER, PAUL W. HOWARD BUREAU CHIEF, BEN ROBINSON M.D. MEDICAL DIRECTOR, RICK KEARNEY WARDEN SUSSEX CORRECTIONAL INSTITUTION, ROBERTA BURNS M.D. STAFF PHYSICIAN, SUSAN RICKARDS ADMINISTRATOR OF HEALTH SERVICES, and JOHN AND JANE DOES I-XII, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

AND NOW, this _____ day of _____, 2005, the Motion to Dismiss filed by State Defendants in the above-captioned matter having been duly considered, and any opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and that judgment is hereby entered in favor of the movant and against the Plaintiff.

_____
The Honorable Susan L. Robinson, Judge
United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2005, I electronically filed *Motion to Dismiss* with the Clerk of Court using CM/ECF.  I hereby certify that on October 24, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Donald J. Jordan
SBI # 095723
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

/s/ Lisa Barchi
Lisa Barchi  # 3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
lisa.barchi@state.de.us