**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF DELAWARE**

| | | |
|---|---|---|
| DONALD JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1334-KAJ |
| | ) | |
| STATE OF DELAWARE, by and | ) | |
| through the DELAWARE | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| STANLEY TAYLOR COMMISSIONER, | ) | |
| PAUL W. HOWARD BUREAU CHIEF, | ) | |
| BEN ROBINSON M.D. MEDICAL | ) | |
| DIRECTOR, RICK KEARNEY WARDEN | ) | |
| SUSSEX CORRECTIONAL | ) | |
| INSTITUTION, ROBERTA BURNS | ) | |
| M.D. STAFF PHYSICIAN, SUSAN | ) | |
| RICKARDS ADMINISTRATOR OF | ) | |
| HEALTH SERVICES, and JOHN AND | ) | |
| JANE DOES I-XII, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN**
**SUPPORT OF THEIR MOTION TO DISMISS/SUMMARY JUDGMENT**

# SEALED DOCUMENT

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Lisa Barchi
Lisa Barchi  #3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Attorney for State Defendants

DATE: October 24, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2005, I electronically filed *Sealed Memorandum of Points and Authorities In Support Motion to Dismiss* with the Clerk of Court using CM/ECF.  I hereby certify that on October 24, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Donald J. Jordan
SBI # 095723
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

/s/ Lisa Barchi
Lisa Barchi  # 3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
lisa.barchi@state.de.us