**BioReference LABORATORIES**

| | |
|---|---|
| DOCTOR: CMS SUSSEX<br>RT. 113 NORTH<br>GEORGETOWN, DE  19947<br>(302) 856-5563   (D0301-9)   FX | 109787099-1  JORDAN, DONALD<br>JORDAN, DONALD   JORDAN, DONALD<br>JORDAN, DONALD   JORDAN, DONALD<br>FINAL Original Report 08/06/2005 |
| NAME: JORDAN, DONALD | PATIENT I.D./ROOM NO.: 095723 |
| DOCTOR/GROUP NAME: SUSSEX CORR.INST. (63 | |
| LAB I.D. NO.: 109787099 | DATE COLLECTED: 08/04/2005 |
| DATE RECEIVED: 08/05/2005 02:19 | DATE OF REPORT: 8/6/2005 07:03 |
| AGE: | SEX: M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

---------------------------* CHEMISTRY *---------------------------

| Test Description | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.5 | | 5.9-8.4 | gm/dl |
| Albumin | 4.5 | | 3.2-5.2 | gm/dl |
| Globulin | 3.0 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.5 | | 1.1-2.9 | |
| Glucose | 104 | | 70-109 | mg/dL |
| Sodium | 140 | | 133-145 | mmol/L |
| Potassium | 4.0 | | 3.3-5.3 | mmol/L |
| Chloride | 104 | | 96-108 | mmol/L |
| CO2 | 25 | | 21-29 | mmol/L |
| BUN | 9 | | 7-25 | mg/dl |
| Creatinine | 1.1 | | 0.4-1.2 | mg/dl |
| BUN/Creat Ratio | | 8.2 LO | 10-28 | |
| Calcium | 9.7 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.2 | | 2.4-7.0 | mg/dl |
| Iron | 96 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.2 | | 0.0-1.0 | mg/dl |
| LDH | 120 | | 94-250 | u/l |
| Alk Phos | 115 | | 39-120 | u/l |
| AST (SGOT) | 20 | | < 37 | u/l |
| Phosphorous | 4.4 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 22 | | < 40 | u/L |
| G-GTP | 36 | | 7-51 | u/L |
| Cholesterol | 158 | | < 200 | mg/dl |
| Triglycerides | 134 | | < 151 | mg/dl |

---------------------------* HEMATOLOGY *---------------------------

| Test Description | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| WBC | 6.7 | | 3.4-11.8 | x10(3) |
| RBC | 4.4 | | 4.2-5.9 | x10(6) |
| HGB | 14.3 | | 12.3-17.0 | gm/dl |
| HCT | 43.7 | | 39.3-52.5 | % |
| MCV | 99.8 | | 80-100 | FL |
| MCH | 32.6 | | 25-34.1 | pg |
| MCHC | 32.7 | | 29.0-34.0 | gm/dl |
| RDW | 12.6 | | 10.9-16.9 | % |
| POLYS | 42 | | 36.0-78.0 | % |
| LYMPHS | 44 | | 12.0-48.0 | % |
| EOS | 5 | | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | 8 | | 0-13 | % |
| Platelet Count | 166 | | 144-400 | x10(3) |

Continued on Next Page

Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407

**BioReference LABORATORIES**

| | |
|---|---|
| DOCTOR | 109611811-1   JORDAN, DONALD |
| CMS SUSSEX<br>RT. 113 NORTH         00<br>GEORGETOWN, DE  19947<br>(302) 856-5563   (D0301-9) | JORDAN, DONALD     JORDAN, DONALD<br><br>JORDAN, DONALD     JORDAN, DONALD |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| JORDAN, DONALD | FINAL Original Report 07/12/2005 | UNKNOWN |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 109611811 | 07/11/2005 | 07/11/2005 01:49 | 7/12/2005 07:04 | | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

------------------------------* CHEMISTRY *------------------------------

| Test Description | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.1 | | 5.9-8.4 | gm/dl |
| Albumin | 4.1 | | 3.2-5.2 | gm/dl |
| Globulin | 3.0 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.4 | | 1.1-2.9 | |
| Glucose | 99 | | 70-109 | mg/dL |
| Sodium | 140 | | 133-145 | mmol/L |
| Potassium | 4.1 | | 3.3-5.3 | mmol/L |
| Chloride | 104 | | 96-108 | mmol/L |
| CO2 | 25 | | 21-29 | mmol/L |
| BUN | 9 | | 7-25 | mg/dl |
| Creatinine | 0.9 | | 0.4-1.2 | mg/dl |
| BUN/Creat Ratio | 10 | | 10-28 | |
| Calcium | 8.8 | | 8.4-10.4 | mg/dl |
| Uric Acid | 4.5 | | 2.4-7.0 | mg/dl |
| Iron | 98 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.3 | | 0.0-1.0 | mg/dl |
| LDH | 145 | | 94-250 | u/l |
| Alk Phos | 78 | | 39-120 | u/l |
| AST (SGOT) | 28 | | < 37 | u/l |
| Phosphorous | 4.5 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 27 | | < 40 | u/L |
| G-GTP | 29 | | 7-51 | u/L |
| Cholesterol | 136 | | < 200 | mg/dl |
| Triglycerides | | 169 HI | < 151 | mg/dl |

------------------------------* HEMATOLOGY *------------------------------

| Test Description | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| WBC | 5.3 | | 3.4-11.8 | x10(3) |
| RBC | 4.2 | | 4.2-5.9 | x10(6) |
| HGB | 13.6 | | 12.3-17.0 | gm/dl |
| HCT | 44.4 | | 39.3-52.5 | % |
| MCV | | 105.0 HI | 80-100 | FL |
| MCH | 32.2 | | 25-34.1 | pg |
| MCHC | 30.6 | | 29.0-34.0 | gm/dl |
| RDW | 13.4 | | 10.9-16.9 | % |
| POLYS | 39 | | 36.0-78.0 | % |
| LYMPHS | 45 | | 12.0-48.0 | % |
| EOS | 5 | | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | 10 | | 0-13 | % |
| Platelet Count | 164 | | 144-400 | x10(3) |

Final Report

James Weisberger, M.D.

Page: 1
481 EDWARD H. ROSS DR
ELMWOOD PARK, NJ 07407
1-800-229-LAB

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 215.957.9300

SPECIMEN INFORMATION
SPECIMEN:      NE221812K
REQUISITION:   5066801
LAB REF NO:    5066801

COLLECTED:  08/20/2004   00:00
RECEIVED:   08/21/2004   04:21
REPORTED:   08/21/2004   12:50

PATIENT INFORMATION
JORDAN, DONALD

DOB: ▓▓▓▓/1950  Age: ▓▓
GENDER: M

ID: ▓▓▓▓▓

REPORT STATUS  Final

ORDERING PHYSICIAN
BURNS, ROBERTA F

CLIENT INFORMATION
▓▓▓▓▓▓▓
SUSSEX CORRECTIONAL
ROUTE 113 NORTH BOX 500
GEORGETOWN, DE 19947

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 177 | | <200 MG/DL | QHO |
| COMPREHENSIVE METABOLIC PANEL | | | | QHO |
| GLUCOSE | 77 | | 65-99 MG/DL FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 12 | | 7-25 MG/DL | |
| CREATININE | 1.0 | | 0.5-1.4 MG/DL | |
| BUN/CREATININE RATIO | 12 | | 6-25 (CALC) | |
| SODIUM | 139 | | 135-146 MMOL/L | |
| POTASSIUM | 4.5 | | 3.5-5.3 MMOL/L | |
| CHLORIDE | 102 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 23 | | 21-33 MMOL/L | |
| CALCIUM | 9.6 | | 8.5-10.4 MG/DL | |
| PROTEIN, TOTAL | 7.7 | | 6.0-8.3 G/DL | |
| ALBUMIN | 4.4 | | 3.5-4.9 G/DL | |
| GLOBULIN | 3.3 | | 2.2-4.2 G/DL (CALC) | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | | 0.8-2.0 (CALC) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.5 MG/DL | |
| ALKALINE PHOSPHATASE | 93 | | 20-125 U/L | |
| AST | 28 | | 2-50 U/L | |
| ALT | 28 | | 2-60 U/L | |

CBC (INCLUDES DIFF/PLT)                                                                                                       QHO
```
*****************************************
* TEST NOT PERFORMED.                    *
* NO LAVENDER TOP TUBE WAS RECEIVED      *
* FOR THE TEST REQUESTED.                *
* TEST HAS BEEN CANCELLED.               *
*****************************************
```

PROTHROMBIN TIME WITH INR                                                                                                     QHO
```
*********************************
* NO SPECIMEN RECEIVED IN THE    *
* LABORATORY. THE TEST HAS       *
* BEEN CANCELLED.                *
*********************************
```

*[signature] RFB 9/7/04*

JORDAN, DONALD - NE221812K                                                          Page 1 - Continued on Page 2

```
                                    PATIENT INFORMATION       REPORT STATUS  Final
                                    JORDAN, DONALD

QUEST DIAGNOSTICS INCORPORATED                                 ORDERING PHYSICIAN
CLIENT SERVICE 215.957.9300         DOB:        1950  Age:     BURNS, ROBERTA F
                                    GENDER: M

SPECIMEN INFORMATION                                           CLIENT INFORMATION
SPECIMEN:     NE052254I             ID:
REQUISITION:  0898983                                          SUSSEX CORRECTIONAL
LAB REF NO:   0898983                                          ROUTE 113 NORTH BOX 500
                                                               GEORGETOWN, DE 19947

COLLECTED:    05/03/2004   00:00
RECEIVED:     05/05/2004   02:46
REPORTED:     05/05/2004   04:06
```

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 159 | | <200 MG/DL | QHO |
| TRIGLYCERIDES | 120 | | <150 MG/DL | QHO |
| COMPREHENSIVE METABOLIC PANEL | | | | QHO |
| GLUCOSE | | 104 H | 65-99 MG/DL FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 14 | | 7-25 MG/DL | |
| CREATININE | 1.0 | | 0.5-1.4 MG/DL | |
| BUN/CREATININE RATIO | 14 | | 6-25 (CALC) | |
| SODIUM | 141 | | 135-146 MMOL/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 MMOL/L | |
| CHLORIDE | 107 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 25 | | 21-33 MMOL/L | |
| CALCIUM | 9.1 | | 8.5-10.4 MG/DL | |
| PROTEIN, TOTAL | 7.3 | | 6.0-8.3 G/DL | |
| ALBUMIN | 4.2 | | 3.5-4.9 G/DL | |
| GLOBULIN | 3.1 | | 2.2-4.2 G/DL (CALC) | |
| ALBUMIN/GLOBULIN RATIO | 1.4 | | 0.8-2.0 (CALC) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.5 MG/DL | |
| ALKALINE PHOSPHATASE | 79 | | 20-125 U/L | |
| AST | 27 | | 2-50 U/L | |
| ALT | 38 | | 2-60 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QHO |
| WHITE BLOOD CELL COUNT | 5.2 | | 3.8-10.8 THOUS/MCL | |
| RED BLOOD CELL COUNT | | 4.12 L | 4.20-5.80 MILL/MCL | |
| HEMOGLOBIN | 13.9 | | 13.2-17.1 G/DL | |
| HEMATOCRIT | 41.1 | | 38.5-50.0 % | |
| MCV | 99.7 | | 80.0-100.0 FL | |
| MCH | | 33.8 H | 27.0-34.0 PG | |
| MCHC | 33.9 | | 32.0-36.0 G/DL | |
| RDW | 12.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 224 | | 140-400 THOUS/MCL | |
| ABSOLUTE NEUTROPHILS | 2028 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 2496 | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | 364 | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 260 | | 15-500 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 0 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 39 | | % | |
| LYMPHOCYTES | 48 | | % | |
| MONOCYTES | 7 | | % | |
| EOSINOPHILS | 5 | | % | |
| BASOPHILS | 0 | | % | |

BORATORY REPORT

19947250 AREA/ROUTE/ ꞏP: DE01
SUSSEX CORRECTIONAL
ROUTE 113 NORTH BOX 500
GEORGETOWN, DE 19947


Quest Diagnostics

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| JORDAN, DONALD | | | | M | |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 1895897 | NE182345F | 8457894 | 01302004 | 01302004 | 01312004 | 8:14AM |

REMARKS

EASTERN
TIME
FASTING: U

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: 12/31/1950
COMPREHENSIVE METABOLIC PANEL                                                                                QHC

| TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| GLUCOSE | 91 | | MG/DL | 65-109 FASTING REFERENCE INTERVAL |
| UREA NITROGEN (BUN) | 16 | | MG/DL | 7-25 |
| CREATININE | 1.0 | | MG/DL | 0.5-1.4 |
| BUN/CREATININE RATIO | 16 | | (CALC) | 6-25 |
| SODIUM | 139 | | MMOL/L | 135-146 |
| POTASSIUM | 4.0 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 107 | | MMOL/L | 98-110 |
| CARBON DIOXIDE | 23 | | MMOL/L | 21-33 |
| CALCIUM | 8.9 | | MG/DL | 8.5-10.4 |
| PROTEIN, TOTAL | 7.3 | | G/DL | 6.0-8.3 |
| ALBUMIN | 4.2 | | G/DL | 3.5-4.9 |
| GLOBULIN | 3.1 | | G/DL (CALC) | 2.2-4.2 |
| ALBUMIN/GLOBULIN RATIO | 1.4 | | (CALC) | 0.8-2.0 |
| BILIRUBIN, TOTAL | 0.4 | | MG/DL | 0.2-1.5 |
| ALKALINE PHOSPHATASE | 101 | | U/L | 20-125 |
| AST | | 51 H | U/L | 2-50 |
| ALT | | 78 H | U/L | 2-60 |

>> END OF REPORT - JORDAN, DONALD NE182345F <<

BORATORY REPORT


Quest Diagnostics

```
19947250  AREA/ROUTE/STOP: DE01
SUSSEX CORRECTIONAL
ROUTE 113 NORTH BOX 500
GEORGETOWN, DE 19947
```

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| JORDAN, DONALD | | | | M | BURNS, ROBERTA F |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 1111929 | NE464298E | | 12162003 | 12172003 | 12172003 | 8:07AM |

REMARKS

EASTERN TIME
FASTING: Y

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |
| Date of Birth: 12/31/1950 | | | | | | |
| | CHOLESTEROL, TOTAL | 140 | | MG/DL | <200 | QHC |
| | TRIGLYCERIDES | 84 | | MG/DL | <150 | QHC |
| | COMPREHENSIVE METABOLIC PANEL | | | | | QHC |
| | GLUCOSE | 108 | | MG/DL | 65-109 FASTING REFERENCE INTERVAL | |
| | UREA NITROGEN (BUN) | 10 | | MG/DL | 7-25 | |
| | CREATININE | 1.0 | | MG/DL | 0.5-1.4 | |
| | BUN/CREATININE RATIO | 10 | | (CALC) | 6-25 | |
| | SODIUM | 143 | | MMOL/L | 135-146 | |
| | POTASSIUM | 3.9 | | MMOL/L | 3.5-5.3 | |
| | CHLORIDE | 108 | | MMOL/L | 98-110 | |
| | CARBON DIOXIDE | 27 | | MMOL/L | 21-33 | |
| | CALCIUM | 9.3 | | MG/DL | 8.5-10.4 | |
| | PROTEIN, TOTAL | 7.4 | | G/DL | 6.0-8.3 | |
| | ALBUMIN | 4.3 | | G/DL | 3.5-4.9 | |
| | GLOBULIN | 3.1 | | G/DL (CALC) | 2.2-4.2 | |
| | ALBUMIN/GLOBULIN RATIO | 1.4 | | (CALC) | 0.8-2.0 | |
| | BILIRUBIN, TOTAL | 0.6 | | MG/DL | 0.2-1.5 | |
| | ALKALINE PHOSPHATASE | 94 | | U/L | 20-125 | |
| | AST | 30 | | U/L | 2-50 | |
| | ALT | 49 | | U/L | 2-60 | |
| | CBC (INCLUDES DIFF/PLT) | | | | | QHC |
| | WHITE BLOOD CELL COUNT | 5.0 | | THOUS/MCL | 3.8-10.8 | |
| | RED BLOOD CELL COUNT | | 4.09 L | MILL/MCL | 4.20-5.80 | |
| | HEMOGLOBIN | 13.4 | | G/DL | 13.2-17.1 | |
| | HEMATOCRIT | 39.4 | | % | 38.5-50.0 | |
| | MCV | 96.6 | | FL | 80.0-100.0 | |
| | MCH | 32.8 | | PG | 27.0-33.0 | |
| | MCHC | 33.9 | | G/DL | 32.0-36.0 | |
| | RDW | 14.1 | | % | 11.0-15.0 | |
| | PLATELET COUNT | 177 | | THOUS/MCL | 140-400 | |
| | ABSOLUTE NEUTROPHILS | 2050 | | CELLS/MCL | 1500-7800 | |
| | ABSOLUTE LYMPHOCYTES | 2300 | | CELLS/MCL | 850-3900 | |
| | ABSOLUTE MONOCYTES | 450 | | CELLS/MCL | 200-950 | |
| | ABSOLUTE EOSINOPHILS | 200 | | CELLS/MCL | 15-500 | |
| | ABSOLUTE BASOPHILS | 50 | | CELLS/MCL | 0-200 | |
| | NEUTROPHILS | 41 | | % | | |
| | LYMPHOCYTES | 46 | | % | | |
| | MONOCYTES | 9 | | % | | |

>> REPORT CONTINUED ON NEXT PAGE - JORDAN, DONALD  NE464298E

LABORATORY REPORT

```
19947250 AREA/ROUTE,   OP: DE01
SUSSEX CORRECTIONAL
ROUTE 113 NORTH BOX 500
GEORGETOWN, DE 19947
```


Quest Diagnostics

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| JORDON,DONALD |  | | | M | BURNS,ROBERTA F |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 3000233 | NE619667A | | 03202003 0000 | 03202003 | 03212003 | 8:56AM |

REMARKS

230    ENTERED

EASTERN TIME
FASTING: Y

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: 12/31/1950

| TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | |
|---|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | | QHO |
| GLUCOSE | 97 | | MG/DL | 65-109 | |
| | | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 9 | | MG/DL | 7-25 | |
| CREATININE | 1.1 | | MG/DL | 0.5-1.4 | |
| BUN/CREATININE RATIO | 8 | | (CALC) | 6-25 | |
| SODIUM | 145 | | MMOL/L | 135-146 | |
| POTASSIUM | 4.4 | | MMOL/L | 3.5-5.3 | |
| CHLORIDE | 107 | | MMOL/L | 98-110 | |
| CARBON DIOXIDE | 25 | | MMOL/L | 21-33 | |
| CALCIUM | 9.3 | | MG/DL | 8.5-10.4 | |
| PROTEIN, TOTAL | 7.5 | | G/DL | 6.0-8.3 | |
| ALBUMIN | 4.2 | | G/DL | 3.5-4.9 | |
| GLOBULIN | 3.3 | | G/DL (CALC) | 2.2-4.2 | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | | (CALC) | 0.8-2.0 | |
| BILIRUBIN, TOTAL | 0.5 | | MG/DL | 0.2-1.5 | |
| ALKALINE PHOSPHATASE | 77 | | U/L | 20-125 | |
| AST | 36 | | U/L | 2-50 | |
| ALT | 52 | | U/L | 2-60 | |
| CBC (INCLUDES DIFF/PLT) | | | | | QHO |
| WHITE BLOOD CELL COUNT | 5.0 | | THOUS/MCL | 3.8-10.8 | |
| RED BLOOD CELL COUNT | | 4.00 L | MILL/MCL | 4.20-5.80 | |
| HEMOGLOBIN | 13.5 | | G/DL | 13.2-17.1 | |
| HEMATOCRIT | 38.8 | | % | 38.5-50.0 | |
| MCV | 96.8 | | FL | 80.0-100.0 | |
| MCH | | 33.7 H | PG | 27.0-33.0 | |
| MCHC | 34.8 | | G/DL | 32.0-36.0 | |
| RDW | 12.8 | | % | 11.0-15.0 | |
| PLATELET COUNT | 189 | | THOUS/MCL | 140-400 | |
| ABSOLUTE NEUTROPHILS | 1850 | | CELLS/MCL | 1500-7800 | |
| ABSOLUTE LYMPHOCYTES | 2350 | | CELLS/MCL | 850-3900 | |
| ABSOLUTE MONOCYTES | 500 | | CELLS/MCL | 200-950 | |
| ABSOLUTE EOSINOPHILS | 250 | | CELLS/MCL | 15-500 | |
| ABSOLUTE BASOPHILS | 50 | | CELLS/MCL | 0-200 | |
| NEUTROPHILS | 37 | | % | | |
| LYMPHOCYTES | 47 | | % | | |
| MONOCYTES | 10 | | % | | |
| EOSINOPHILS | 5 | | % | | |
| BASOPHILS | 1 | | % | | |

>> REPORT CONTINUED ON NEXT PAGE - JORDON,DONALD NE619667A <<

ORATORY REPORT

 Quest Diagnostics

```
19947250 AREA/ROUTE/STOP: DE01
SUSSEX CORRECTIONAL
ROUTE 113 NORTH BOX 500
GEORGETOWN, DE 19947
```

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| JORDAN, DONALD | | | | M | |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 9881687 | KP544867Q | | 11202002  NG | 11202002 | 11212002 | 8:21AM |

REMARKS

EASTERN TIME
FASTING: Y

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |
| | Date of Birth: 12/31/1950 | | | | | |
| | COMPREHENSIVE METABOLIC PANEL | | | | | QHC |
| | GLUCOSE | 93 | | MG/DL | 65-109 FASTING REFERENCE INTERVAL | |
| | UREA NITROGEN (BUN) | 8 | | MG/DL | 7-25 | |
| | CREATININE | 1.1 | | MG/DL | 0.5-1.4 | |
| | BUN/CREATININE RATIO | 7 | | (CALC) | 6-25 | |
| | SODIUM | 140 | | MMOL/L | 135-146 | |
| | POTASSIUM | 4.0 | | MMOL/L | 3.5-5.3 | |
| | CHLORIDE | 106 | | MMOL/L | 98-110 | |
| | CARBON DIOXIDE | 26 | | MMOL/L | 21-33 | |
| | CALCIUM | 9.1 | | MG/DL | 8.5-10.4 | |
| | PROTEIN, TOTAL | 6.5 | | G/DL | 6.0-8.3 | |
| | ALBUMIN | 3.7 | | G/DL | 3.5-4.9 | |
| | GLOBULIN | 2.8 | | G/DL (CALC) | 2.2-4.2 | |
| | ALBUMIN/GLOBULIN RATIO | 1.3 | | (CALC) | 0.8-2.0 | |
| | BILIRUBIN, TOTAL | 0.6 | | MG/DL | 0.2-1.5 | |
| | ALKALINE PHOSPHATASE | 66 | | U/L | 20-125 | |
| | AST | 36 | | U/L | 2-50 | |
| | ALT | | 61 H | U/L | 2-60 | |
| | CBC (INCLUDES DIFF/PLT) | | | | | QHC |
| | WHITE BLOOD CELL COUNT | 5.5 | | THOUS/MCL | 3.8-10.8 | |
| | RED BLOOD CELL COUNT | | 3.99 L | MILL/MCL | 4.20-5.80 | |
| | HEMOGLOBIN | 13.2 | | G/DL | 13.2-17.1 | |
| | HEMATOCRIT | | 37.6 L | % | 38.5-50.0 | |
| | MCV | 94.0 | | FL | 80.0-100.0 | |
| | MCH | | 33.1 H | PG | 27.0-33.0 | |
| | MCHC | 35.1 | | G/DL | 32.0-36.0 | |
| | RDW | 12.5 | | % | 11.0-15.0 | |
| | PLATELET COUNT | 182 | | THOUS/MCL | 140-400 | |
| | ABSOLUTE NEUTROPHILS | 2200 | | CELLS/MCL | 1500-7800 | |
| | ABSOLUTE LYMPHOCYTES | 2530 | | CELLS/MCL | 850-3900 | |
| | ABSOLUTE MONOCYTES | 495 | | CELLS/MCL | 200-950 | |
| | ABSOLUTE EOSINOPHILS | 275 | | CELLS/MCL | 50-550 | |
| | ABSOLUTE BASOPHILS | 0 | | CELLS/MCL | 0-200 | |
| | NEUTROPHILS | 40 | | % | | |
| | LYMPHOCYTES | 46 | | % | | |
| | MONOCYTES | 9 | | % | | |
| | EOSINOPHILS | 5 | | % | | |
| | BASOPHILS | 0 | | % | | |

>> REPORT CONTINUED ON NEXT PAGE - JORDAN, DONALD KP544867Q <<



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.825.7330

SPECIMEN INFORMATION
SPECIMEN:     KP054141P
REQUISITION:  8655362

COLLECTED:  09/03/2002   NG
RECEIVED:
REPORTED:   09/05/2002   07:29 ET

PATIENT INFORMATION
JORDAN, DONALD

DOB: ███████ 1950  AGE: ██
GENDER: M  FASTING: Y
SSN:
ID: ████
PHONE:

REPORT STATUS **FINAL**

ORDERING PHYSICIAN

CLIENT INFORMATION
████████                           DE01
SUSSEX CORRECTIONAL
ROUTE 113 NORTH BOX 500
GEORGETOWN, DE 19947

---

COMMENTS: MINUS LB

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | QHO |
| GLUCOSE | 89 | | 65-109 MG/DL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 12 | | 7-25 MG/DL | |
| CREATININE | 1.4 | | 0.5-1.4 MG/DL | |
| BUN/CREATININE RATIO | 9 | | 6-25 (CALC) | |
| SODIUM | 138 | | 135-146 MMOL/L | |
| POTASSIUM | 4.6 | | 3.5-5.3 MMOL/L | |
| CHLORIDE | 102 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 22 | | 21-33 MMOL/L | |
| CALCIUM | 9.5 | | 8.5-10.4 MG/DL | |
| PROTEIN, TOTAL | 8.1 | | 6.0-8.3 G/DL | |
| ALBUMIN | 4.6 | | 3.5-4.9 G/DL | |
| GLOBULIN | 3.5 | | 2.2-4.2 G/DL (CALC) | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | | 0.8-2.0 (CALC) | |
| BILIRUBIN, TOTAL | 0.6 | | 0.2-1.5 MG/DL | |
| ALKALINE PHOSPHATASE | 105 | | 20-125 U/L | |
| AST | | 74   H | 2-50 U/L | |
| ALT | | 151  H | 2-60 U/L | |
| * PARTIAL THROMBOPLASTIN TIME, ACTIVATED | 27 | | 22-34 SECONDS | QHO |
| CBC (INCLUDES DIFF/PLT) | | | | QHO |
| WHITE BLOOD CELL COUNT | 6.1 | | 3.8-10.8 THOUS/MCL | |
| RED BLOOD CELL COUNT | 4.55 | | 4.20-5.80 MILL/MCL | |
| HEMOGLOBIN | 15.3 | | 13.2-17.1 G/DL | |
| HEMATOCRIT | 44.9 | | 38.5-50.0 % | |
| MCV | 98.7 | | 80.0-100.0 FL | |
| MCH | | 33.7  H | 27.0-33.0 PG | |
| MCHC | 34.2 | | 32.0-36.0 G/DL | |
| RDW | 11.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 204 | | 140-400 THOUS/MCL | |
| ABSOLUTE NEUTROPHILS | 1952 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 2989 | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | 549 | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 488 | | 50-550 CELLS/MCL | |

JORDAN, DONALD - KP054141P

Page 1 - Continued on Page 2


**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.825.7330

SPECIMEN INFORMATION
SPECIMEN:      KP8615050
REQUISITION: 8655301

COLLECTED:  08/19/2002    NG
RECEIVED:
REPORTED:    08/23/2002    07:08 ET

PATIENT INFORMATION
JORDAN, DONALD

DOB: ████1950 AGE: ██
GENDER: M  FASTING: U
SSN:
ID:
PHONE:

REPORT STATUS **FINAL**

ORDERING PHYSICIAN

CLIENT INFORMATION
                                    DE01
SUSSEX CORRECTIONAL
ROUTE 113 NORTH BOX 500
GEORGETOWN, DE 19947

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | QHO |
| GLUCOSE | 81 | | 65-109 MG/DL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 10 | | 7-25 MG/DL | |
| CREATININE | 1.1 | | 0.5-1.4 MG/DL | |
| BUN/CREATININE RATIO | 9 | | 6-25 (CALC) | |
| SODIUM | 140 | | 135-146 MMOL/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 MMOL/L | |
| CHLORIDE | 106 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 21 | | 21-33 MMOL/L | |
| CALCIUM | 9.1 | | 8.5-10.4 MG/DL | |
| PROTEIN, TOTAL | 6.2 | | 6.0-8.3 G/DL | |
| ALBUMIN | 4.1 | | 3.5-4.9 G/DL | |
| GLOBULIN | | 2.1     L | 2.2-4.2 G/DL (CALC) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 0.8-2.0 (CALC) | |
| BILIRUBIN, TOTAL | 0.6 | | 0.2-1.5 MG/DL | |
| ALKALINE PHOSPHATASE | 93 | | 20-125 U/L | |
| AST | | 58     H | 2-50 U/L | |
| ALT | | 114    H | 2-60 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QHO |
| WHITE BLOOD CELL COUNT | 5.5 | | 3.8-10.8 THOUS/MCL | |
| RED BLOOD CELL COUNT | | 4.04   L | 4.20-5.80 MILL/MCL | |
| HEMOGLOBIN | 13.9 | | 13.2-17.1 G/DL | |
| HEMATOCRIT | 39.6 | | 38.5-50.0 % | |
| MCV | 97.8 | | 80.0-100.0 FL | |
| MCH | | 34.4   H | 27.0-33.0 PG | |
| MCHC | 35.2 | | 32.0-36.0 G/DL | |
| RDW | 13.1 | | 11.0-15.0 % | |
| PLATELET COUNT | 155 | | 140-400 THOUS/MCL | |
| ABSOLUTE NEUTROPHILS | 2035 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 2640 | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | 440 | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 385 | | 50-550 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 0 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 37 | | % | |
| LYMPHOCYTES | 48 | | % | |

JORDAN, DONALD - KP8615050                                  Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. © Quest Diagnostics Incorporated. All rights reserved. QD20300-NTL Revised 11/01.



```
Specimen #      Type  P   Report Status                                                    LabCorp®
348-709-0070-0  S    RN   PRELIM PG 1        00 N 01                                            RVA
        Additional Information                Clinical Information        12-15-99   08:52
                          DOB:
                                50           Physician ID  BURNS    R   Patient ID         TV
                          FASTING  Y                       BURNS
Patient Name                    Sex   Age (Yr/Mos)  Account   UPIN:
JORDAN, DONALD                   M                  SUSSEX CORRECTIONAL INST (PHS)  07519
Patient Address                                     BOX 500 RE                     #    00
                                                    ROUTE 113                           00
                                                    GEORGETOWN        , DE   19947-
Date Collected  Date Entered  Date Reported         302-856-5563     DEW
12/14/99        12/15/99      12/15/99    0453

        TESTS                       RESULT     FLAG    UNITS      REFERENCE INTERVAL      LA
CMP13+LP+ALT+Fe+GGT+LD+P+Ur...
CHEMISTRIES
  Glucose, Serum               95               mg/dL         65 - 109
  Uric Acid, Serum             3.6              mg/dL         2.2 - 8.7
  BUN                          7                mg/dL         5 - 26
  Creatinine, Serum            1.2              mg/dL         0.5 - 1.5
  BUN/Creatinine Ratio         5
  Sodium, Serum                141              mEq/L         135 - 148
  Potassium, Serum             4.5              mEq/L         3.5 - 5.5
  Chloride, Serum              105              mEq/L         96 - 109
  Carbon Dioxide, Total        31               mEq/L         20 - 32
  Calcium, Serum               9.4              mg/dL         8.5 - 10.6
  Phosphorus, Serum            4.2              mg/dL         2.5 - 4.5
  Protein, Total, Serum        7.3              g/dL          6.0 - 8.5
  Albumin, Serum               4.0              g/dL          3.5 - 5.5
  Globulin, Total              3.3              g/dL          1.5 - 4.5
  A/G Ratio                    1.2                            1.1 - 2.5
  Bilirubin, Total             0.6              mg/dL         0.1 - 1.2
  Alkaline Phosphatase, Serum  86               IU/L          25 - 150
  LDH                          142              IU/L          100 - 250
  AST (SGOT)                   65      H        IU/L          0 - 45
  ALT (SGPT)                   129     H        IU/L          0 - 50
  GGT                          42               IU/L          0 - 85
  Iron, Serum                  120              mcg/dL        40 - 180

LIPIDS
  Cholesterol, Total           117              mg/dL         100 - 199
  Triglycerides                130              mg/dL         0 - 199
  HDL Cholesterol              30      L        mg/dL         35 - 150
  VLDL Cholesterol Cal         26               mg/dL         5 - 40
  LDL Cholesterol Calc         61               mg/dL         0 - 129
  T. Chol/HDL Ratio            3.9              Ratio Units   0.0 - 5.0
  Estimated CHD Risk           0.7              Times Avg.    0.0 - 1.0
    (The CHD Risk is based on the                             T. Chol/HDL Ratio
    T.Chol/HDL Ratio. Other factors                              Men    Women
    affect CHD Risk such as hyper-             1/2 Avg.Risk    3.4      3.
    tension, smoking, diabetes,                    Avg.Risk    5.0      4.
    severe obesity, and family                  2X Avg.Risk    9.6      7.
    history of premature CHD.)                  3X Avg.Risk   23.4     1

CBC WITH DIFFERENTIAL/PLATELET
  White Blood Cell (WBC) Count   6.1            X 10-3/uL     4.0 - 10.5
  Red Blood Cell (RBC) Count     4.22           X 10-6/uL     4.10 - 5.60
  Hemoglobin                     14.3           g/dL          12.5 - 17.0
  Hematocrit                     41.2           %             36.0 - 50.0
  MCV                            98             fL            80 - 98
  MCH                            33.9           pg            27.0 - 34.0
  MCHC                           34.8           g/dL          32.0 - 36.0
```

REPORT                                              ©1999 Laboratory Corporation of America® Hol

**LabCorp®**

| | | |
|---|---|---|
| Specimen #: DC375834-0 | Type: | Report Status: PAG 1 |
| Patient Name: JORDAN, DONALD | Sex: M | Age (Yr/Mos): 37 |
| Date Collected: 08-??-98 | Date Entered: 27-AUG-98 | Date Reported: 27-AUG-98 |

Clinical Information:
Physician ID: BURNS
Account: SUSSEX CORRECTIONAL INSTIT
36 ROUTE 113
GEORGETOWN, DE 19947
302-856-5280   Rte/Btch: 61490/57063

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL |
|---|---|---|---|---|
| **METABOLIC PANEL, COMPREHENSIVE:** | | | | |
| * GLUCOSE | 97 | | MG/DL | 65-115 |
| * BLOOD UREA NITROGEN | 12 | | MG/DL | 5-26 |
| * CREATININE | 0.7 | | MG/DL | 0.6-1.5 |
| * BUN/CREATININE RATIO | 17.1 | | | 5.0-25.0 |
| * CALCIUM | 9.0 | | MG/DL | 8.5-10.6 |
| * SODIUM | 142 | | MEQ/L | 135-147 |
| * POTASSIUM | 4.1 | | MEQ/L | 3.5-5.5 |
| * CHLORIDE | 105 | | MEQ/L | 96-109 |
| * TOTAL BILIRUBIN | 0.7 | | MG/DL | 0.1-1.2 |
| * ALKALINE PHOSPHATASE | 79 | | U/L | 25-150 |
| * SGOT (AST) | 36 | | U/L | 0-45 |
| * TOTAL PROTEIN | 6.9 | | G/DL | 6.0-8.5 |
| * ALBUMIN | 4.0 | | G/DL | 3.5-5.5 |
| * GLOBULIN | 2.9 | | G/DL | 2.2-4.1 |
| * A/G RATIO | 1.4 | | | 0.9-2.0 |
| **CBC WITH DIFFERENTIAL/PLATELET:** | | | | |
| * WBC | 5.3 | | THOUS/uL | 4.0-10.5 |
| * RBC | 4.25 | | MILL/uL | 4.10-5.60 |
| * HEMOGLOBIN | 14.3 | | G/DL | 12.5-17.0 |
| * HEMATOCRIT | 41.9 | | % | 36-50 |
| * MCV | 99 | HI | fL | 80-98 |
| * MCH | 33.7 | | PG | 27-34 |
| * MCHC | 34.2 | | G/DL | 32-36 |
| * LYMPHOCYTES | 49 | HI | % | 14-46 |
| * NEUTROPHILS | 38 | LO | % | 40-74 |
| * MONOCYTES | 5 | | % | 4-13 |
| * EOSINOPHILS | 7 | | % | 0-7 |
| * BASOPHILS | 1 | | % | 0-3 |
| * LYMPHOCYTES (ABSOLUTE COUNT) | 2.6 | | THOUS/uL | 0.70-4.50 |
| * NEUTROPHILS (ABSOLUTE COUNT) | 2.0 | | THOUS/uL | 1.80-7.00 |
| * MONOCYTES (ABSOLUTE COUNT) | 0.3 | | THOUS/uL | 0.10-1.00 |
| * EOSINOPHILS (ABSOLUTE COUNT) | 0.4 | | THOUS/uL | 0.0-0.40 |
| * BASOPHILS (ABSOLUTE COUNT) | 0.1 | | THOUS/uL | 0.0-0.20 |
| * PLATELET COUNT | 152 | | THOUS/uL | 140-415 |
| **THYROID PANEL:** | | | | |
| * THYROXINE (T-4) | 6.5 | | MCG/DL | 4.5-12.0 |
| * T-3 UPTAKE | 30 | | % | 24-39 |
| * T-7 | 2.0 | | | 1.2-4.9 |
| **TSH, HIGH SENSITIVITY, SERUM:** | | | | |

PAGE 1       REPORT FOR   JORDAN, DONALD    CONTINUED...

```
SPECIMEN #      TYPE    PRIMARY LAB   REPORT STATUS                                              LabCorp
  5529523-0              FG            AL     PG 1
  F8582686-2   ADDITIONAL INFORMATION                    CLINICAL INFORMATION
                                                                        Fast:NI
                                                         PHYSICIAN ID.         PATIENT ID.
Source          : Not Indicated                          BUNNS                 095723
PATIENT NAME                  SEX   AGE (YR./MOS.)       ACCOUNT    51929-9
JORDAN,DONALD                  M      NI                 SUSSEX CORRECTIONAL INSTIT
PT. ADD.                                                 PRISON HEALTH SERVICES, IN
                                                         ROUTE 113
DATE OF COLLECTION  DATE ENTERED  DATE REPORTED          GEORGETOWN, DE 19947
07-AUG-96  07-AUG-96  08-AUG-96                          302-856-5280  Rte/Btch: 61000/56833.00
```

| TEST | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

TEST(S) ORDERED : SED RATE - WESTERGREN, ACP, CBC.

ACP:
* GLUCOSE                    94              MG/DL    65-115
* BLOOD UREA NITROGEN         8              MG/DL    5-25
* CREATININE                 1.2             MG/DL    0.6-1.5
* CALCIUM                    9.3             MG/DL    8.5-10.8
* PHOSPHORUS                 4.5             MG/DL    AGE 0-16  2.5-6.5
                                                      AGE 17-150 2.5-4.5
* SODIUM                     139             MEQ/L    135-147
* POTASSIUM                  4.0             MEQ/L    3.5-5.3
* CHLORIDE                   104             MEQ/L    96-109
* URIC ACID                  4.3             MG/DL    3.5-9.0
* TOTAL PROTEIN              7.1             G/DL     6.0-8.5
* ALBUMIN                    4.0             G/DL     3.5-5.5
* GLOBULIN                   3.1             G/DL     2.2-4.1
* A/G RATIO                  1.3                      0.9-2.0
* TOTAL BILIRUBIN            0.6             MG/DL    0.1-1.2
* ALKALINE PHOSPHATASE       80              U/L      AGE 0-17  80-490
                                                      AGE 18-99 25-140
* LACTIC DEHYDROGENASE       136             U/L      0-240
* SGOT(AST)                  38              U/L      0-40
* SGPT(ALT)                  44              U/L      0-45
* GGT                        16              U/L      0-85
* TOTAL IRON                 79              MCG/DL   35-175
* TRIGLYCERIDES              79              MG/DL    30-150

* CHOLESTEROL                       LO 125   MG/DL    DESIRABLE:  < 200
                                                      BORDER:     200-240
                                                      ELEVATED:   > 240

CBC W/PLATELET:
* WBC                        7.0             THOUS/uL  4.0-10.5
* RBC                        4.40            MILL/uL   4.1-5.6
* HEMOGLOBIN                 14.8            G/DL      12.5-17.0
* HEMATOCRIT                 43.2            %         36-50
* MCV                        98              fL        80-98
* MCH                        33.7            PG        27-34
* MCHC                       34.3            G/DL      32-36
* LYMPHOCYTES                37              %         14-46
* NEUTROPHILS                46              %         40-74
* MONOCYTES                  8               %         4-13
* EOSINOPHILS                       HI 8     %         0-7
* BASOPHILS                  1               %         0-3
* PLATELET COUNT             201             THOUS/uL  140-415

PAGE 1     REPORT FOR  JORDAN,DONALD  CONTINUED...

©1995 Laboratory Corporation of America™ Holdings
All Rights Reserved

| PATIENT NAME | PATIENT I.D. |
|---|---|
| JORDAN, DONA | |

| ACCESSION NO. | AGE | SEX | T.V./SOURCE | DATE RECEIVED |
|---|---|---|---|---|
| 20616230 | ▓▓ | M | | 07/25/9? |

| REFERRING PHYSICIAN | CLIENT NO. | DATE REPORTED |
|---|---|---|
| SUSSEX CORR INST | ▓▓▓▓ | 07/25/9? |

| ORDER STATUS | COLLECTION DATE/TIME | CLIENT DATA |
|---|---|---|
| COMPLETE | 07/24/92 | |

SUSSEX CORRECTIONAL INST
RT 113
GEORGETOWN, DE 19947

| TEST | OUTSIDE RANGE | WITHIN RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| NON-FASTING SST REC'D W/O IDENTIFICATION | | | | |
| LAB--SCAN | | | | |
|  (INCOMPLETE SEPARATION OF SERUM) | | | | |
|  CALCIUM | | 10.2 | MG/DL | 8.5-10.5 |
|  FREE CALCIUM | | 4.3 | MG/DL | 3.5-5.8 |
|  INORGANIC PHOSPHORUS | | 2.6 | MG/DL | 2.5-4.5 |
|  TOTAL BILIRUBIN | | 0.7 | MG/DL | 0.2-1.2 |
|  DIRECT BILIRUBIN | | 0.2 | MG/DL | 0.0-0.3 |
|  INDIRECT BILIRUBIN | | 0.5 | MG/DL | 0.0-0.9 |
|  TOTAL PROTEIN | | 7.6 | GM/DL | 6.0-8.0 |
|  ALBUMIN | | 4.5 | GM/DL | 3.0-5.5 |
|  GLOBULIN | | 3.1 | GM/DL | 1.5-3.6 |
|  ALBUMIN/GLOBULIN RATIO | | 1.5 | | 1.1-2.2 |
|  ALKALINE PHOSPHATASE | | 94 | IU/L | 30-140 |
|  AST(SGOT) | 53 H | | IU/L | 0-50 |
|  ALT(SGPT) | 82 H | | IU/L | 0-55 |
|  LD(LDH) | | 156 | IU/L | 100-250 |
|  BUN | 9 L | | MG/DL | 10-20 |
|  CREATININE | | 1.3 | MG/DL | 0.7-1.5 |
|  BUN/CREATININE RATIO | 6.9 L | | | 7.0-29.0 |
|  GLUCOSE | | 86 | MG/DL | 60-115 |
|  URIC ACID | | 4.3 | MG/DL | 2.0-9.0 |
|  SODIUM | | 143 | MEQ/L | 135-145 |
|  POTASSIUM | | 5.2 | MEQ/L | 3.5-5.5 |
|  CHLORIDE | | 106 | MEQ/L | 95-109 |
|  CARBON DIOXIDE | | 24 | MEQ/L | 24-30 |
|  CHOLESTEROL | | 160 | MG/DL | 150-200 |
|  TRIGLYCERIDES | | 118 | MG/DL | 30-150 |
| COMPLETE BLOOD COUNT | | | | |
|  WBC | | 4.5 | K | 4.5-11.0 |
|  RBC | | 4.80 | M | 3.80-5.90 |
|  HEMOGLOBIN | | 15.7 | GM% | 14.0-18.0 |
|  HEMATOCRIT | | 46.6 | % | 40.0-54.0 |
|  MCV | | 97 | | 80-100 |
|  MCH | | 33 | | 25-35 |
|  MCHC | | 34 | | 31-37 |
|  RDW | | 12.8 | | 9.0-16.0 |
|  NEUTROPHILS | | 48.1 | % | 46.0-79.0 |
|  LYMPHOCYTES | | 28.7 | % | 15.0-44.0 |
|  MONOCYTES | 14.0 H | | % | 0.0-12.0 |
|  EOSINOPHILS | 7.4 H | | % | 0.0-5.0 |
|  BASOPHILS | | 1.8 | % | 0.0-2.0 |
|  PLATELET COUNT | | 206 | K | 130-400 |
| RETICULOCYTE COUNT | 1.7 H | | % | 0.5-1.5 |

*Noted*
*W▓ 7/30/92*

* SEE REVERSE SIDE FOR TESTING LOCATION