BEEBE MEDICAL CENTER
424 Savannah Road
Lewes, Delaware  19958
(302) 645-3300

PREOPERATIVE HISTORY & PHYSICAL

| | | |
|---|---|---|
| **PATIENT NAME:** | JORDAN, DONALD J | **ROOM:** |
| **PATIENT NUMBER:** | ~~~~~~~~~ | |
| **DATE OF ADMISSION:** | 07/13/2005 | **DATE OF DISCHARGE:** |

**HISTORY:**  This is an elective admission for this 40-year-old gentleman from Sussex Correctional Institute, who is being admitted to same day surgery for cystoscopy and litholapaxy, that is destruction of stone.  In this case, I am going to use electrohydraulic energy, so this is going to be a cystoscopy with EHL of the bladder calculus 8 mm, which was seen on the KUB on April 21, 2005.  This was also seen on the ultrasound examination as well as on the KUB.

The patient also has a 5 mm renal calculus in the lower pole and superior calyx.

This stone needs to be treated by EHL, which I elect to use it.

This patient has multiple history of recurrent kidney stones, and he had a cystoscopy, removal of gravel in November 2002 by me and then again he had cystoscopy with laser lithotripsy and stenting of the right side.  ESWL of the left kidney stone in November of 2003 and now he presents with a bladder calculus and also a small calculus in the lower pole of the kidney.  He had a flank CT in November of 2004.

The patient has a history of gastroesophageal reflux disease, hepatitis C.

**ALLERGIES:**  **HE HAS A HISTORY OF ALLERGIES TO TETRACYCLINE.**

**SOCIAL HISTORY:**  He does not drink.  He smokes about 10 to 15 cigars per day.

**MEDICATIONS:**  The last time we saw him in the office he was on Zantac and Tylenol for pain.

No history of diabetes, hypertension, or heart attack.

**PHYSICAL EXAMINATION:**  GENERAL/VITAL SIGNS:  Revealed an alert male, tall, 5 feet 8 inches, weighing 168 pounds, blood pressure

| | |
|---|---|
| **PREOPERATIVE HISTORY & PHYSICAL** | **BEEBE MEDICAL CENTER** |
| JORDAN, DONALD J ~~[redacted]~~ | 424 Savannah Road<br>Lewes, Delaware  19958<br>(302) 645-3300 |

128/94.  NECK:  Supple.  No thyromegaly.  No supraclavicular lymphadenopathy.  LUNGS:  Clear to auscultation and percussion.  HEART:  Tones regular.  Normal sinus rhythm.  No murmurs.  ABDOMEN:  Soft.  No abnormal masses.  EXTERNAL GENITALIA:  Normal.  No evidence of hydrocele or rectocele.  No groin hernia.  RECTAL EXAMINATION:  Prostate 25 grams, soft and smooth, without any nodularity.  EXTREMITIES:  No edema, no varicose veins.  CNS:  No gross generalized or focal neurological deficit.

One time, he did have a large residual in the urine.  He was treated with Flomax of prostatism and the lower urinary tract symptoms.

Once this session is over, would like to work him up from a metabolic point of view to see whether we can put him on some prophylactic medication.

**ADMITTING DIAGNOSIS:**  Fairly large bladder and renal calculus.  The possibility of Foley catheter had been mentioned.  We discussed the risks and benefits of the procedure.  The patient is agreeable.  Dr._____ is aware of this.  Dr._____is the physician in charge at SCI.

RAMACHANDRA HOSMANE, MD

**TR:**  RH /JJ  
**DD:**  07/12/2005 20:25:00  
**DT:**  07/13/2005 01:05:50  
**JOB:** 4953110 /575404  
CC:  SAME DAY SURGERY  
    Dr. Burns; Sussex Correctional Institutute

**UPDATE:**

_____     _____
**Signature**                           **Date**

PREOPERATIVE HISTORY & PHYSICAL<br>Page 2 of 2