SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 09/09/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name**: JORDAN, DONALD J | **SBI#**: 00095723 | **Institution**: SCI |
| **Grievance #**: 3114 | **Grievance Date**: 04/30/2004 | **Category**: Individual |
| **Status**: Resolved | **Resolution Status**: Level 3 | **Resol. Date**: 09/10/2004 |
| **Grievance Type**: Health Issue (Medical) | **Incident Date**: 04/23/2004 | **Incident Time**: 00:01 |
| **IGC**: Atallian, Michael J | **Housing Location**: MEDIUM, Tier B, Bed 8 | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states that he has been diagnosed with hepatitus C, and asked for a liver biopsy to be done, but was refused.

**Remedy Requested:** Wants to be evaluated by a qualified liver specialist, and receive all nessesary treatment.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance**: YES | **Date Received by Medical Unit**: 05/03/2004 |
| **Investigation Sent**: 05/03/2004 | **Investigation Sent To**: Munson, Amy |
| **Grievance Amount**: | |

SCI Sussex Correctional Institution  Date: 09/09/2005
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : JORDAN, DONALD J | **SBI#** : 00095723 | **Institution** : SCI |
| **Grievance #** : 3114 | **Grievance Date** : 04/30/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/23/2004 | **Incident Time** : 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location** : MEDIUM, Tier B, Bed 8 | |

### INFORMAL RESOLUTION

**Investigator Name** : Munson, Amy                     **Date of Report** 05/03/2004

**Investigation Report** : Received 5/4/5  Addressed 5/5/4
Does not meet FCM criteria as outlined by our contractual agreement with The State of Delaware. On chronic care for hep c and being followed by Dr. Burns.

**Reason for Referring:**

Offender's Signature:_____

Date              :_____

Witness (Officer)   :_____

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 09/09/2005

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** JORDAN, DONALD J | **SBI#** : 00095723 | **Institution** : SCI |
| **Grievance #** : 3114 | **Grievance Date** : 04/30/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/23/2004 | **Incident Time** : 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location** : MEDIUM, Tier B, Bed 8 | |

## IGC

**Medical Provider:**                    **Date Assigned**

**Comments:**

☒ Forward to MGC          ☐ Warden Notified

☐ Forward to RGC          **Date Forwarded to RGC/MGC** : 05/07/2004

☐ Offender Signature Captured    **Date Offender Signed** :

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 09/09/2005

# GRIEVANCE INFORMATION - BGO

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : JORDAN, DONALD J | **SBI#** : 00095723 | **Institution** : SCI |
| **Grievance #** : 3114 | **Grievance Date** : 04/30/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/23/2004 | **Incident Time** : 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location** : MEDIUM, Tier B, Bed 8 | |

### REFERRED TO

**Due Date** : 06/11/2004     **Referred to:** Person     **Name:** English, Kathy

**Type of Information Requested** :
Please confirm that this Hep C case treatment is within DOC established guidelines with FCM.

### DECISION

**Date Received** : 06/02/2004

**Decision Date** : 06/30/2004     **Vote** : Deny

**Comments** :
At this point in time the Grievant doesn't meet the treatment program criteria.

SCI **Sussex Correctional Institution**
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

**Date:** 09/09/2005

# GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : JORDAN, DONALD J | **SBI#** : 00095723 | **Institution** : SCI |
| **Grievance #** : 3114 | **Grievance Date** : 04/30/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 04/23/2004 | **Incident Time** : 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location** : MEDIUM, Tier B, Bed 8 | |

### APPEAL REQUEST

Inmate states that the denial was based on NIH guidlines. He goes on to quote guidlines and studies.

### REMEDY REQUEST

Page 4 of 7

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 09/09/2005

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name**: JORDAN, DONALD J | **SBI#** : 00095723 | **Institution** : SCI |
| **Grievance #** : 3114 | **Grievance Date** : 04/30/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status**: Level 3 | **Inmate Status** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 04/23/2004 | **Incident Time** : 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location** : MEDIUM, Tier B, Bed 8 | |

### MGC

**Date Received** : 05/07/2004       **Date of Recommendation**: 05/29/2004

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Rickards, Suesann | Deny |
| Staff | | Miller, Diane M | Deny |
| Staff | | Spence, Lucinda | Deny |
| Staff | | Ruiz, Amy | Deny |

### VOTE COUNT

Uphold : 0       Deny : 4       Abstain : 0

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Follow NIH guidlines, does not meet criteria.

SCI Sussex Correctional Institution  
PO Box 500  
GEORGETOWN DE, 19947  
Phone No. 302-856-5280

Date: 09/09/2005

## GRIEVANCE INFORMATION - Bureau Chief

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** JORDAN, DONALD J | **SBI#** : 00095723 | **Institution** : SCI |
| **Grievance #** : 3114 | **Grievance Date** : 04/30/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/23/2004 | **Incident Time** : 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location** : MEDIUM, Tier B, Bed 8 | |

### DECISION

**Decision Date:** 09/07/2004     **Vote:** Deny

**Comments** :  
I concur with the decision of the BGO.  
Paul W. Howard, Chief, BOP