DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

September 7, 2004

Inmate JORDAN DONALD J
SCI # 00095723
SCI Sussex Correctional Institution
GEORGETOWN DE, 19947

Dear DONALD JORDAN:

We have reviewed your Grievance Case # 3114 dated 04/30/2004.

Based upon the documentation presented for our review, we deny your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

Exhibit "3"