IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| DONALD JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1334-KAJ |
| | ) |
| STATE OF DELAWARE, by and | ) |
| through the DELAWARE | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| STANLEY TAYLOR COMMISSIONER, | ) |
| PAUL W. HOWARD BUREAU CHIEF, | ) |
| BEN ROBINSON M.D. MEDICAL | ) |
| DIRECTOR, RICK KEARNEY WARDEN | ) |
| SUSSEX CORRECTIONAL | ) |
| INSTITUTION, ROBERTA BURNS | ) |
| M.D. STAFF PHYSICIAN, SUSAN | ) |
| RICKARDS ADMINISTRATOR OF | ) |
| HEALTH SERVICES, and JOHN AND | ) |
| JANE DOES I-XII, | ) |
| | ) |
| Defendants. | ) |

## STATE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

COMES NOW State Defendants, by and through undersigned counsel, and respectfully moves this Honorable Court to enter an Order granting a thirty day enlargement of time within which to file a reply brief. In support of this motion, State Defendants offer the following:

1. On October 24, 2005, State Defendants filed a Motion to Dismiss with accompanying Memorandum of Points and Authorities. [D.I. 21,22]. On that same date, the undersigned counsel caused the Motion and Memorandum to be served upon Plaintiff by first class mail to the address provided by him in his Complaint filed with this Court "Donald Jordan, SBI # 095723, Sussex Correctional Institution, P.O. Box 500, Georgetown, DE 19947" [D.I. 222]. *See* Notice attached hereto as Exhibit "A."

2. On October 24, 2005, this Court ordered Plaintiff to file his answering brief no later than November 7, 2005. (D.I. 22).

3. Plaintiff filed his Answering Brief with the Court on December 5, 2005. (D.I. 24). Defendants' Reply is due on December 9, 2005.

3. Defense counsel will be out of the office when the reply brief is due. Defense counsel also requires additional time to investigate the claims made in Plaintiff's Answering brief and requests an enlargement of time of thirty days to file a reply brief

4. There is no trial date scheduled in this case.

WHEREFORE, for the reasons stated herein, State Defendant respectfully requests that the Court grant their Motion for Enlargement of Time and enter an order in the form attached hereto, with the appropriate dates provided at the Court's discretion.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Lisa Barchi
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Date: December 7, 2005                    Attorney for State Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF DELAWARE

| | |
|---|---|
| DONALD JORDAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   C.A. No. 04-1334-KAJ |
| | ) |
| STATE OF DELAWARE, by and through the DELAWARE DEPARTMENT OF CORRECTIONS, STANLEY TAYLOR COMMISSIONER, PAUL W. HOWARD BUREAU CHIEF, BEN ROBINSON M.D. MEDICAL DIRECTOR, RICK KEARNEY WARDEN SUSSEX CORRECTIONAL INSTITUTION, ROBERTA BURNS M.D. STAFF PHYSICIAN, SUSAN RICKARDS ADMINISTRATOR OF HEALTH SERVICES, and JOHN AND JANE DOES I-XII, | ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

This _____day of _____, 2005,

**WHEREAS,** State Defendant having requested an enlargement of time in which to file a reply brief; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that State Defendant's Motion for Enlargement of Time be granted and said Defendant shall file a reply brief on or before _____.

_____
Kent A. Jordan
United States District Court Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF DELAWARE**

| | | |
|---|---|---|
| DONALD JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1334-KAJ |
| | ) | |
| STATE OF DELAWARE, by and through the DELAWARE DEPARTMENT OF CORRECTIONS, STANLEY TAYLOR COMMISSIONER, PAUL W. HOWARD BUREAU CHIEF, BEN ROBINSON M.D. MEDICAL DIRECTOR, RICK KEARNEY WARDEN SUSSEX CORRECTIONAL INSTITUTION, ROBERTA BURNS M.D. STAFF PHYSICIAN, SUSAN RICKARDS ADMINISTRATOR OF HEALTH SERVICES, and JOHN AND JANE DOES I-XII, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**16.5 CERTIFICATE OF COUNSEL**

In compliance with Local Rule of Civil Procedure 16.5, counsel for the Defendants making the request for enlargement of time to file a reply brief files this Certificate and states:

I certify that the State Defendants have been provided with copies of the Motion for Enlargement of Time and that service has been sent by regular mail.

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE
                                        /s/ Lisa Barchi
                                        Deputy Attorney General
                                        820 N. French Street, 6th floor
                                        Wilmington, DE 19801
                                        (302) 577-8400
                                        lisa.barchi@state.de.us
Date: December 7, 2005                     Attorney for State Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF DELAWARE**

| | |
|---|---|
| DONALD JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1334-KAJ |
| ) | |
| STATE OF DELAWARE, by and ) | |
| through the DELAWARE ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| STANLEY TAYLOR COMMISSIONER, ) | |
| PAUL W. HOWARD BUREAU CHIEF, ) | |
| BEN ROBINSON M.D. MEDICAL ) | |
| DIRECTOR, RICK KEARNEY WARDEN ) | |
| SUSSEX CORRECTIONAL ) | |
| INSTITUTION, ROBERTA BURNS ) | |
| M.D. STAFF PHYSICIAN, SUSAN ) | |
| RICKARDS ADMINISTRATOR OF ) | |
| HEALTH SERVICES, and JOHN AND ) | |
| JANE DOES I-XII, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. The plaintiff is an inmate incarcerated in the Delaware Correctional system, at the Sussex Correction Institution, Georgetown, Delaware.

2. Since the plaintiff is not able to be reached by telephone, counsel for the State defendants has spent no time in attempting to reach an agreement on the subject of the motion for enlargement of time.

3. She assumes that the motion is opposed.

                    **STATE OF DELAWARE**
                    **DEPARTMENT OF JUSTICE**

                                              /s/ Lisa Barchi
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Date:  December 7, 2005                    Attorney for State Defendant

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on December 7, 2005, I electronically filed *State Defendant's Motion for Enlargement of Time* with the Clerk of Court using CM/ECF. I have mailed by United States Postal Service, the document to the following non-registered participant:

Donald Jordan
SBI # 095723
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

/s/ Lisa Barchi
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Attorney for State Defendant