## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2005, I electronically filed *Memorandum of Points and Authorities In Support Motion to Dismiss* with the Clerk of Court using CM/ECF. I hereby certify that on October 24, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Donald J. Jordan
SBI # 095723
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

/s/ Lisa Barchi
Lisa Barchi  # 3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
lisa.barchi@state.de.us