IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| DONALD JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1334-KAJ |
| | ) | |
| STATE OF DELAWARE, by and | ) | |
| through the DELAWARE | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| STANLEY TAYLOR COMMISSIONER, | ) | |
| PAUL W. HOWARD BUREAU CHIEF, | ) | |
| BEN ROBINSON M.D. MEDICAL | ) | |
| DIRECTOR, RICK KEARNEY WARDEN | ) | |
| SUSSEX CORRECTIONAL | ) | |
| INSTITUTION, ROBERTA BURNS | ) | |
| M.D. STAFF PHYSICIAN, SUSAN | ) | |
| RICKARDS ADMINISTRATOR OF | ) | |
| HEALTH SERVICES, and JOHN AND | ) | |
| JANE DOES I-XII, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This _7th_ day of _Dec._, 2005,

**WHEREAS,** State Defendant having requested an enlargement of time in which to file a reply brief; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that State Defendant's Motion for Enlargement of Time be granted and said Defendant shall file a reply brief on or before _January 9, 2006_

_____
Kent A. Jordan
United States District Court Judge