UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD J. JORDAN | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1334-KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF RECORDS DEPOSITION

TO:  Lisa Ann Barchi, Esquire                    Department of Corrections
     Department of Justice                        Bureau Chief Joyce Talley
     820 N. French Street, 6th Floor              245 McKee Road
     Wilmington, DE 19801                         Dover, DE 19904

     Donald J. Jordan
     SBI # 095723
     Sussex Correctional Institute
     P.O. Box 500
     Georgetown, DE 19947

**PLEASE TAKE NOTICE** that the undersigned will take the deposition *duces tecum* of the Records Custodian for Sussex Correctional Center relating to medical records of Donald J. Jordan at the offices of McCullough & McKenty, P.A., 1225 N. King Street, Suite 1100, Wilmington, Delaware 19801, on Thursday, January 5, 2006, beginning at 2:00 p.m.: **Note: Personal appearance is waived if the materials are received in our office prior to the date of deposition.**

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana M. Spring
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Roberta F. Burns, MD
and Susan Rickards

Dated: December 21, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD J. JORDAN | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1334-KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, **DANA M. SPRING**, hereby certify that on the 21st day of December, 2005, two (2) copies of the attached *Notice of Records Deposition* were sent to the following via first class mail, postage pre-paid:

Lisa Ann Barchi, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

Department of Corrections
Bureau Chief Joyce Talley
245 McKee Road
Dover, DE 19904

Donald J. Jordan
SBI # 095723
Sussex Correctional Institute
P.O. Box 500
Georgetown, DE 19947

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana M. Spring
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Roberta F. Burns, MD
and Susan Rickards