

**FIRST CORRECTIONAL MEDICAL**

## CHECKLIST FOR HCV TREATMENT

This form must be completed by a Facility Provider for each Hepatitis C positive identified patient, after completing Work-Up for Abnormal LFTs form, regardless of treatment status.

**STEP ONE:**
  a) Hep C Antibody (Qtest 86803) Date 9/5/02
  b) Hep C confirmation (Qtest# 87522) Date 12/17/02 (+)  769,000  6.89 log
  c) Most current ALTs (must have 3 over past 1 yr):
     Date & Level 2/2/03  52  Date & Level 11/30/02  61  Date & Level 9/5/02  151      12/6/00 ALT 49
                                                                                       1/30/01 ALT 78
  d) HIV status    Positive / (Negative) (circle one)    Date 1994                     8/04 ALT 30
  e) Hep. B. Surface Antigen   Positive / (Negative) (circle one) Date 9/5/02
  f) HCV Genotype   Results _____ Date _____

**STEP TWO:**
  1) Completed exclusion/inclusion checklist & meets **all inclusions**:
     Affirmative   Negative   (circle one) Date _____
  2) **No exclusions** found:
     Affirmative   Negative   (circle one) Date _____

**STEP THREE**
  *If answer to 1) is Affirmative and 2) is Affirmative then:
       A.)   Completely review with patient and obtain consent/refusal for liver biopsy and treatment on FCM HCV Consent for Treatment form.
       B.)   In addition, if consented for Treatment – submit this form for approval, along with Consult request for liver Biopsy to FCM Delaware Office for Medical Director to complete.
       C.)   Please give the inmate, along with verbal instruction, a copy of the Inmate HCV Information sheet (please date, sign, and file with this form in the medical record.

**STEP FOUR**
  Regardless of whether the inmate is eligible for treatment or consents/refuses Hepatitis C treatment they must be offered the following (to be documented on the FCM Inmate TB/Immunization form):
       A.)   Hepatitis A vaccine (no serology indicated)
       B.)   Hepatitis B vaccine series if HBsAB (-) and HBsAG (-)
       C.)   Refusal of vaccine needs to be noted on the FCM refusal of Treatment form.

**TO BE COMPLETED BY THE FCM STATE MEDICAL DIRECTOR:**
Approval for Hep C Treatment to be initiated _____ Date _____
Approval/ Denial for Liver Biopsy _____ Date _____
Denial of Hep. C. Tx - Please indicate why _____
_____ Date _____

*If answer to 1) is Negative OR 2) is Negative then the patient is ineligible for Treatment. The inmate must be educated as to reasons why they are ineligible, then this documentation and copy of Inmate HCV Information sheet must be signed, dated and filed with this form in the chart.

Physician Signature  Roberto F Rumo    Date 6/25/03

**F**IRST
**C**ORRECTIONAL
**M**EDICAL

# FCM Hepatitis C Exclusion and Inclusion Treatment Criteria Sheet

1. **Absolute Exclusion Criteria:**      YES    NO
   a. Age less than 18 or greater than 60. Age: 02      ___    ✓
   b. Failure to have a minimum of 18 months to serve, prior to parole eligibility or conditional release date, from anticipated initiation of treatment date (Note released date 2007).      ___    ✓
   c. History of documented use of illicit drugs or alcohol in preceding 12 months.      ___    ✓
   d. Failure (documented) to complete a substance abuse program once Begun.      ___    ✓
   f. History of (depression) or psychosis (or prior suicide attempt)      ✓    ___
   g. History of malignancy.      ___    ✓
   h. Clinical signs of decompensated liver disease      ___    ✓
   i. Unstable cardiac disease.      ___    ✓
   j. Pregnancy or unwillingness to avoid conception up to 6 months after therapy.      ___    ✓
   k. Uncontrolled seizures      ___    ✓
   l. End stage renal disease on dialysis      ___    ✓
   m. Uncontrolled diabetes      ___    ✓
   n. Uncontrolled hypertension.      ___    ✓
   o. Normal ALT or ALT < 1.5 times normal during 12 month observation period.      (✓)    ___
   p. History of medical non-compliance      ___    ✓

2. **Inclusion Criteria:**
   a. Persistently elevated ALT levels as defined by ALT at least 1.5 times normal limit over period of preceding 6 months.      ___    (✓)
   b. Detectable HCV RNA
   c. Negative pregnancy test for female inmates.      N/A
   d. Written consent to antiviral treatment and acknowledgement of all side effects as below (documented on FCM HCV consent form).

3. **Relative Exclusion Criteria:**
   a. Chronic steroid use.      ___    ✓
   b. Hemoglobin less than 12 mg/dl for men or <11mg/dl for women      ___    ✓
   c. Platelet count < 100,000.      ___    ✓
   d. Serum Creatinine > 2.0 mg/dl.      ___    ✓
   e. INR > 1.2.      ___    ✓
   f. Hepatitis B Surface antigen positive.      ___    ✓
   g. White Blood Cell Count < 3,000.      ___    ✓
   h. Autoimmune disorders.      ___    ✓
   i. History of thyroid disease/hemoglobinopathies/cytopenia/anemia      ___    ✓
   j. Serum Albumin < 3.2 mg/dl.      ___    ✓
   k. HIV +      ___    ✓

Inmate Signature _Donald Jordan_    Date 6/25/03

Providers Signature _Roberto F. Bruno_    Date 6/25/03

MR-1087      First Correctional Medical Proprietary Information      June 2003