## *Summary of AST & ALT Results*

Lab Range: This is the range of normal values determined by the laboratory
1.5x normal: Criteria require the test results to not just be elevated, but 1.5 times normal

| *Date* | *Test* | *Result* | *Normal/Elevated* | *Lab Range* | *1.5x normal* | *Results Greater than 1.5x normal ?* |
|---|---|---|---|---|---|---|
| 7/24/92 | AST<br>ALT | 53<br>82 | Elevated | 0-50<br>0-55 | 75<br>82.5 | ALT 0.5 1.5x normal |
| 8/7/96 | AST<br>ALT | 38<br>44 | Normal | 0-40<br>0-45 | | |
| 8/27/98 | AST<br>ALT | 36<br>? | Normal | 0-45 | | |
| 12/14/99 | AST<br>ALT | 65<br>129 | Elevated | 0-45<br>0-55 | 67.5<br>82.5 | ALT elevated |
| 8/19/02 | AST<br>ALT | 58<br>114 | Elevated | 2-50<br>2-60 | 75<br>90 | ALT elevated |
| 9/3/02 | AST<br>ALT | 74<br>151 | Elevated | 2-50<br>2-60 | 75<br>90 | ALT elevated |
| 11/20/02 | AST<br>ALT | 36<br>61 | Normal<br>Elevated | 2-50<br>2-60 | 75<br>90 | No |
| 3/20/03 | AST<br>ALT | 36<br>52 | Normal | 2-50<br>2-60 | | |
| 12/16/03 | AST<br>ALT | 30<br>49 | Normal | 2-50<br>2-60 | | |
| 1/30/04 | AST<br>ALT | 51<br>78 | Elevated | 2-50<br>2-60 | 75<br>90 | No |
| 5/3/04 | AST<br>ALT | 27<br>38 | Normal | 2-50<br>2-60 | | |
| 8/20/04 | AST<br>ALT | 28<br>28 | Normal | 2-50<br>2-60 | | |
| 7/11/05 | AST<br>ALT | 28<br>27 | Normal | < 37<br>< 40 | | |
| 8/4/05 | AST<br>ALT | 20<br>22 | Normal | < 37<br>< 40 | | |
| 11/28/05 | AST<br>ALT | 27<br>26 | Normal | <37<br><40 | | |
| 12/29/05 | AST<br>ALT | 25<br>20 | Normal | <37<br><40 | | |

| CMS SUSSEX<br>RT. 113 NORTH<br>GEORGETOWN, DE 19947    (D0301) | | -FINAL- | | | |
|---|---|---|---|---|---|
| NAME<br>JORDAN, DONALD | | PATIENT I.D./ROOM NO.<br>095723 | | DOCTOR / GROUP NAME<br>DR. BURNS | |
| LAB I.D. NO.<br>100751809 | DATE COLLECTED<br>12/29/2005 | DATE RECEIVED<br>12/29/2005 23:42 | DATE OF REPORT<br>01/01/2006 10:46 | AGE<br>54 | SEX<br>M |
| Test Description | Result | Abnormal | Reference | Units | |

| Test Description | Result | Abnormal | Reference | Units |
|---|---|---|---|---|
| Total Protein | 7.4 | | 6.0-8.3 | gm/dl |
| Albumin | 4.3 | | 3.2-5.2 | gm/dl |
| Globulin | 3.1 | | 1.7-3.7 | gm/dl |
| A/G Ratio | 1.4 | | 1.1-2.9 | |
| Bilirubin, Total | 0.2 | | 0.1-1.0 | mg/dl |
| BILIRUBIN, DIRECT | 0.1 | | 0.0-0.3 | MG/DL |
| Alk Phos | 104 | | 35-125 | u/l |
| AST (SGOT) | 25 | | < 37 | u/l |
| ALT (SGPT) | | | | |
| PROTIME | 10.5 | | 10.1-13.6sec | |
| INTR. NORM RATIO(INR) | 0.91 L0 | | 1.00-2.00 | |

```
***************************************************************
    CLINICAL INDICATIONS FOR INR USE           REFERENCE RANGE
    Prophylaxis or treatment of venous thrombosis,    2.0 - 3.0
    systemic embolization, or                  (therapeutic range)
    treatment of pulmonary embolus.
    High-risk patients with mechanical heart valves.  2.5 - 3.5
    * * * * * * * * * * * * * * * * * * * * * * * * * * * *
    NOTE: INR values below 2.0 in patients on warfarin therapy would
    be considered sub-therapeutic for the above conditions.
    Normal subjects NOT treated with warfarin will have INR values
    in the range of:                           0.87 - 1.19
```

| HEPATITIS C GENOTYPE | TYPE 1b | | SEE BELOW | |
|---|---|---|---|---|
| HEP.C,RNA,bDNA,QNT | 1499742 H | | <200 copies/mL | |
| HEP.C,RNA,bDNA,QNT | 2884120 | | <615 IU/mL | |

```
***************************************************************
    Test# 3335 (Hep. C RNA/Viral load,bDNA) performed using Bayer bDNA
    Assay.
***************************************************************
    Test# 2161 (Hepatitis C Genotype) performed using Bayer Versant
    LIPA Assay.
***************************************************************
```

Printed: 01/02/2006 14:28          Continued on Next Page          Pg: 1

| CMS SUSSEX<br>RT. 113 NORTH<br>GEORGETOWN, DE 19947    (D0301) | -FINAL- | | | |
|---|---|---|---|---|
| NAME<br>JORDAN, DONALD | PATIENT I.D./ROOM NO.<br>095723 | DOCTOR / GROUP NAME<br>DR. BURNS | | |
| LAB I.D. NO.<br>100751809 | DATE COLLECTED<br>12/29/2005 | DATE RECEIVED<br>12/29/2005 23:42 | DATE OF REPORT<br>01/01/2006 10:46 | AGE<br>54 | SEX<br>M |
| **Test Description** | **Result** | **Abnormal** | **Reference** | **Units** |

NOTE: Specimen submitted was moderately lipemic. Please evaluate
all results with caution.
****************************************************************
Hepatitis C genotype (test#1421) was evaluated and its performance
characteristics determined by BioReference Laboratories. It has not been
cleared or approved by the FDA, but such clearance or approval is not
necessary. It should not be regarded as investigational or for research.
The laboratory is certified under the Clinical Laboratory Improvement Act
of 1988 (CLIA) as qualified to perform high-complexity clinical testing.
****************************************************************
NOTE: Hepatitis C Virus Genotype/Subtype assay is able to identify the
following subtypes:
1a, 1b, 1a/1b, 1, 2a/2c, 2b, 2, 3a, 3b, 3c, 3
4a, 4b, 4c/4d, 4e, 4f, 4h, 4, 5a, 6a, 10a

                                            **James Weisberger, MD**
                                            **LABORATORY DIRECTOR**

Printed: 01/02/2006 14:28                -- End of Report --                         Pg: 2

**BIO-REFERENCE LABORATORIES**
(201) 791-3600

CMS SUSSEX
RT. 113 NORTH
GEORGETOWN, DE 19947    (D0301)

-FINAL-

| NAME | PATIENT I.D./ROOM NO. | DOCTOR / GROUP NAME | | |
|---|---|---|---|---|
| JORDAN, DONALD | 095723 | DR. SUSSEX CORR.INST.(6360) | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 100542748 | 11/28/2005 | 11/28/2005 23:10 | 11/29/2005 15:39 | 54 | M |

| Test Description | Result | Abnormal | Reference | Units |
|---|---|---|---|---|
| **CHEMISTRY** | | | | |
| Total Protein | 7.2 | | 5.9-8.4 | gm/dl |
| Albumin | 4.1 | | 3.2-5.2 | gm/dl |
| Globulin | 3.1 | | 1.7-3.7 | gm/dl |
| A/G Ratio | 1.3 | | 1.1-2.9 | |
| Glucose | 107 | | 70-109 | mg/dl |
| Sodium | 141 | | 133-145 | mmol/L |
| Potassium | 3.7 | | 3.3-5.3 | mmol/L |
| Chloride | 104 | | 96-108 | mmol/L |
| CO2 | 27 | | 21-29 | mmol/L |
| BUN | 10 | | 7-25 | mg/dl |
| Creatinine | 0.9 | | 0.4-1.2 | mg/dl |
| BUN/Creat Ratio | 11.1 | | 10-28 | |
| Calcium | 8.7 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.2 | | 2.4-7.0 | mg/dl |
| Iron | 52 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.3 | | 0.1-1.0 | mg/dl |
| LDH | 146 | | 94-250 | u/l |
| Alk Phos | 101 | | 39-120 | u/l |
| AST (SGOT) | 27 | | < 37 | u/l |
| Phosphorous | 4.4 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 26 | | < 40 | u/L |
| G-GTP | 32 | | 7-51 | u/L |
| Cholesterol | 129 | | < 200 | mg/dl |
| Triglycerides | 106 | | < 151 | mg/dl |
| **HEMATOLOGY** | | | | |
| WBC | 5.0 | | 3.4-11.8 | x10(3) |
| RBC | 4.2 | | 4.2-5.9 | x10(6) |
| HGB | 13.5 | | 12.8-17.0 | gm/dl |
| HCT | 40.9 | | 39.3-52.5 | % |
| MCV | 96.7 | | 80-100 | FL |
| MCH | 31.9 | | 25-34.1 | pg |
| MCHC | 33.0 | | 29.0-34.0 | gm/dl |
| RDW | 12.8 | | 10.9-16.9 | % |
| POLYS | 43 | | 36.0-78.0 | % |

Printed: 11/30/2005 08:48            Continued on Next Page            Pg: 1

*Handwritten note:* Mr Jordan had Hep A & B vaccine in 2003.

*Signature*



**BIO-REFERENCE LABORATORIES**

| CMS SUSSEX<br>RT. 113 NORTH<br>GEORGETOWN, DE 19947    (D0301) | | -FINAL- | |
|---|---|---|---|
| **NAME**<br>JORDAN, DONALD | | **PATIENT I.D./ROOM NO.**<br>095723 | **DOCTOR / GROUP NAME**<br>DR. SUSSEX CORR.INST.(6360) |
| **LAB I.D. NO.**<br>100542748 | **DATE COLLECTED**<br>11/28/2005 | **DATE RECEIVED**<br>11/28/2005 23:10 | **DATE OF REPORT**<br>11/29/2005 15:39    **AGE** 54    **SEX** M |

| Test Description | Result | Abnormal | Reference | Units |
|---|---|---|---|---|
| LYMPHS | 44 | | 12.0-48.0 | % |
| EOS | 4 | | 0-8 | |
| BASOS | 1 | | 0-2 | % |
| MONOS | 8 | ** | 0-10 | |
| Platelet Count | 194 | | 144-400 | x10(3) |
| **MISCELLANEOUS** | | | | |
| H.PYLORI Ab.,IgG | 0.20 | | SEE BELOW | |
| H.PYLORI Ab.,IgA | 0.27 | | SEE BELOW | |
| H.PYLORI Ab.,IgM | 0.33 | | SEE BELOW | |
| AMYLASE, SERUM | 35 | | <100 U/L | |

```
*****************************************************************
    H.PYLORI (IgG, IgA, IgM)        REFERENCE RANGES:
    NEGATIVE         <0.89 UNITS
    EQUIVOCAL    0.89-0.99 UNITS
    POSITIVE         >0.99 UNITS
```

NOTE: This is a screening test for H.PYLORI and the diagnosis
of gastritis and peptic ulcers should be assessed with the
patients medical history and clinical symptoms. Results in the
equivocal range should be rechecked with a new specimen in 2-5 weeks.
**H.Pylori,IgM is for research use only. This assay is not for use
in diagnostic procedures.

**James Weisberger, MD**
**LABORATORY DIRECTOR**

**BioReference LABORATORIES**

| | | |
|---|---|---|
| DOCTOR: CMS SUSSEX<br>RT. 113 NORTH<br>GEORGETOWN, DE 19947<br>(302) 856-5563   (D0301-9) | FX | 109787099-1  JORDAN, DONALD<br>JORDAN, DONALD / JORDAN, DONALD<br>JORDAN, DONALD / JORDAN, DONALD |

FINAL Original Report 08/06/2005

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME | | |
|---|---|---|---|---|
| JORDAN, DONALD | 095723 | SUSSEX CORR. INST. (63 | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE  SEX |
| 109787099 | 08/04/2005 | 08/05/2005 02:19 | 8/6/2005 07:03 | 54   M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| ------------------------------- * CHEMISTRY * ------------------------------- | | | | |
| Total Protein | 7.5 | | 5.9-8.4 | gm/dl |
| Albumin | 4.5 | | 3.2-5.2 | gm/dl |
| Globulin | 3.0 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.5 | | 1.1-2.9 | |
| Glucose | 104 | | 70-109 | mg/dL |
| Sodium | 140 | | 133-145 | mmol/L |
| Potassium | 4.0 | | 3.3-5.3 | mmol/L |
| Chloride | 104 | | 96-108 | mmol/L |
| CO2 | 25 | | 21-29 | mmol/L |
| BUN | 9 | | 7-25 | mg/dl |
| Creatinine | 1.1 | | 0.4-1.2 | mg/dl |
| BUN/Creat Ratio | | 8.2 LO | 10-28 | |
| Calcium | 9.7 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.2 | | 2.4-7.0 | mg/dl |
| Iron | 96 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.2 | | 0.0-1.0 | mg/dl |
| LDH | 120 | | 94-250 | u/l |
| Alk Phos | 115 | | 39-120 | u/l |
| AST (SGOT) | 20 | | < 37 | u/l |
| Phosphorous | 4.4 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 22 | | < 40 | u/L |
| G-GTP | 36 | | 7-51 | u/L |
| Cholesterol | 158 | | < 200 | mg/dl |
| Triglycerides | 134 | | < 151 | mg/dl |
| ------------------------------- * HEMATOLOGY * ------------------------------- | | | | |
| WBC | 6.7 | | 3.4-11.8 | x10(3) |
| RBC | 4.4 | | 4.2-5.9 | x10(6) |
| HGB | 14.3 | | 12.3-17.0 | gm/dl |
| HCT | 43.7 | | 39.3-52.5 | % |
| MCV | 99.8 | | 80-100 | FL |
| MCH | 32.6 | | 25-34.1 | pg |
| MCHC | 32.7 | | 29.0-34.0 | gm/dl |
| RDW | 12.6 | | 10.9-16.9 | % |
| POLYS | 42 | | 36.0-78.0 | % |
| LYMPHS | 44 | | 12.0-48.0 | % |
| EOS | 5 | | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | 8 | | 0-13 | % |
| Platelet Count | 166 | | 144-400 | x10(3) |

Continued on Next Page

Page: 1
481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407

James Weisberger, M.D.
LABORATORY DIRECTOR

**BioReference LABORATORIES**

| | |
|---|---|
| DOCTOR | 109611811-1  JORDAN, DONALD |
| CMS SUSSEX<br>RT. 113 NORTH         00<br>GEORGETOWN, DE  19947<br>(302) 856-5563    (D0301-9) | JORDAN, DONALD         JORDAN, DONALD<br>JORDAN, DONALD         JORDAN, DONALD |

| NAME | PATIENT I.D./ROOM NO. | DOCTOR/GROUP NAME |
|---|---|---|
| JORDAN, DONALD | 095723 | UNKNOWN |

FINAL - Original Report 07/12/2005

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 109611811 | 07/11/2005 | 07/11/2005 01:49 | 7/12/2005 07:04 | 54 | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| ------------------------------- * CHEMISTRY * ------------------------------- | | | | |
| Total Protein | 7.1 | | 5.9-8.4 | gm/dl |
| Albumin | 4.1 | | 3.2-5.2 | gm/dl |
| Globulin | 3.0 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.4 | | 1.1-2.9 | |
| Glucose | 99 | | 70-109 | mg/dL |
| Sodium | 140 | | 133-145 | mmol/L |
| Potassium | 4.1 | | 3.3-5.3 | mmol/L |
| Chloride | 104 | | 96-108 | mmol/L |
| CO2 | 25 | | 21-29 | mmol/L |
| BUN | 9 | | 7-25 | mg/dl |
| Creatinine | 0.9 | | 0.4-1.2 | mg/dl |
| BUN/Creat Ratio | 10 | | 10-28 | |
| Calcium | 8.8 | | 8.4-10.4 | mg/dl |
| Uric Acid | 4.5 | | 2.4-7.0 | mg/dl |
| Iron | 98 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.3 | | 0.0-1.0 | mg/dl |
| LDH | 145 | | 94-250 | u/l |
| Alk Phos | 78 | | 39-120 | u/l |
| AST (SGOT) | 28 | | < 37 | u/l |
| Phosphorous | 4.5 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 27 | | < 40 | u/L |
| G-GTP | 29 | | 7-51 | u/L |
| Cholesterol | 136 | | < 200 | mg/dl |
| Triglycerides | | 169 HI | < 151 | mg/dl |
| ------------------------------- * HEMATOLOGY * ------------------------------- | | | | |
| WBC | 5.3 | | 3.4-11.8 | x10(3) |
| RBC | 4.2 | | 4.2-5.9 | x10(6) |
| HGB | 13.6 | | 12.3-17.0 | gm/dl |
| HCT | 44.4 | | 39.3-52.5 | % |
| MCV | | 105.0 HI | 80-100 | FL |
| MCH | 32.2 | | 25-34.1 | pg |
| MCHC | 30.6 | | 29.0-34.0 | gm/dl |
| RDW | 13.4 | | 10.9-16.9 | % |
| POLYS | 39 | | 36.0-78.0 | % |
| LYMPHS | 45 | | 12.0-48.0 | % |
| EOS | 5 | | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | 10 | | 0-13 | % |
| Platelet Count | 164 | | 144-400 | x10(3) |

Final Report

James Weisberger, M.D.

Page: 1
481 EDWARD H. ROSS DR
ELMWOOD PARK, NJ 0740
1-800-229-LAB

|  |  |  |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED<br>CLIENT SERVICE 215.957.9300 | PATIENT INFORMATION<br>JORDAN,DONALD<br><br>DOB: 12/31/1950  Age: 53<br>GENDER: M | REPORT STATUS  Final<br><br>ORDERING PHYSICIAN<br>BURNS,ROBERTA F |
| SPECIMEN INFORMATION<br>SPECIMEN:    NE221812K<br>REQUISITION: 5066801<br>LAB REF NO:  5066801<br><br>COLLECTED: 08/20/2004   00:00<br>RECEIVED:  08/21/2004   04:21<br>REPORTED:  08/21/2004   12:50 | ID: 095723 | CLIENT INFORMATION<br>19947250<br>SUSSEX CORRECTIONAL<br>ROUTE 113 NORTH BOX 500<br>GEORGETOWN, DE 19947 |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 177 | | <200 MG/DL | QHO |

| | | | | |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC<br>  PANEL | | | | QHO |
|   GLUCOSE | 77 | | 65-99 MG/DL<br>FASTING REFERENCE INTERVAL | |
|   UREA NITROGEN (BUN) | 12 | | 7-25 MG/DL | |
|   CREATININE | 1.0 | | 0.5-1.4 MG/DL | |
|   BUN/CREATININE RATIO | 12 | | 6-25 (CALC) | |
|   SODIUM | 139 | | 135-146 MMOL/L | |
|   POTASSIUM | 4.5 | | 3.5-5.3 MMOL/L | |
|   CHLORIDE | 102 | | 98-110 MMOL/L | |
|   CARBON DIOXIDE | 23 | | 21-33 MMOL/L | |
|   CALCIUM | 9.6 | | 8.5-10.4 MG/DL | |
|   PROTEIN, TOTAL | 7.7 | | 6.0-8.3 G/DL | |
|   ALBUMIN | 4.4 | | 3.5-4.9 G/DL | |
|   GLOBULIN | 3.3 | | 2.2-4.2 G/DL (CALC) | |
|   ALBUMIN/GLOBULIN RATIO | 1.3 | | 0.8-2.0 (CALC) | |
|   BILIRUBIN, TOTAL | 0.2 | | 0.2-1.5 MG/DL | |
|   ALKALINE PHOSPHATASE | 93 | | 20-125 U/L | |
|   AST | 28 | | 2-50 U/L | |
|   ALT | 28 | | 2-60 U/L | |
| CBC (INCLUDES DIFF/PLT) | | ****************************************<br>* TEST NOT PERFORMED.                  *<br>* NO LAVENDER TOP TUBE WAS RECEIVED    *<br>* FOR THE TEST REQUESTED.              *<br>* TEST HAS BEEN CANCELLED.             *<br>**************************************** | | QHO |
| PROTHROMBIN TIME WITH INR | | *********************************<br>* NO SPECIMEN RECEIVED IN THE   *<br>* LABORATORY. THE TEST HAS      *<br>* BEEN CANCELLED.               *<br>********************************* | | QHO |

[signature: RFBurns 9/7/04]

JORDAN,DONALD - NE221812K                                          Page 1 - Continued on Page 2

```
                                    PATIENT INFORMATION        REPORT STATUS  Final
                                    JORDAN, DONALD

QUEST DIAGNOSTICS INCORPORATED                                  ORDERING PHYSICIAN
CLIENT SERVICE 215.957.9300         DOB: 12/31/1950  Age: 53    BURNS, ROBERTA F
                                    GENDER: M
SPECIMEN INFORMATION                                            CLIENT INFORMATION
SPECIMEN:      NE052254I            ID: 095723                  19947250
REQUISITION:   0898983                                          SUSSEX CORRECTIONAL
LAB REF NO:    0898983                                          ROUTE 113 NORTH BOX 500
                                                                GEORGETOWN, DE 19947
COLLECTED:  05/03/2004   00:00
RECEIVED:   05/05/2004   02:46
REPORTED:   05/05/2004   04:06
```

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 159 | | <200 MG/DL | QHO |
| TRIGLYCERIDES | 120 | | <150 MG/DL | QHO |
| COMPREHENSIVE METABOLIC PANEL | | | | QHO |
| *FASTING REFERENCE INTERVAL* | | | | |
| UREA NITROGEN (BUN) | 14 | | 7-25 MG/DL | |
| CREATININE | 1.0 | | 0.5-1.4 MG/DL | |
| BUN/CREATININE RATIO | 14 | | 6-25 (CALC) | |
| SODIUM | 141 | | 135-146 MMOL/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 MMOL/L | |
| CHLORIDE | 107 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 25 | | 21-33 MMOL/L | |
| CALCIUM | 9.1 | | 8.5-10.4 MG/DL | |
| PROTEIN, TOTAL | 7.3 | | 6.0-8.3 G/DL | |
| ALBUMIN | 4.2 | | 3.5-4.9 G/DL | |
| GLOBULIN | 3.1 | | 2.2-4.2 G/DL (CALC) | |
| ALBUMIN/GLOBULIN RATIO | 1.4 | | 0.8-2.0 (CALC) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.5 MG/DL | |
| ALKALINE PHOSPHATASE | 79 | | 20-125 U/L | |
| AST | 27 | | 2-50 U/L | |
| ALT | 38 | | 2-60 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QHO |
| WHITE BLOOD CELL COUNT | 5.2 | | 3.8-10.8 THOUS/MCL | |
| HEMOGLOBIN | 13.9 | | 13.2-17.1 G/DL | |
| HEMATOCRIT | 41.1 | | 38.5-50.0 % | |
| MCV | 99.7 | | 80.0-100.0 FL | |
| MCHC | 33.9 | | 32.0-36.0 G/DL | |
| RDW | 12.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 224 | | 140-400 THOUS/MCL | |
| ABSOLUTE NEUTROPHILS | 2028 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 2496 | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | 364 | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 260 | | 15-500 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 0 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 39 | | % | |
| LYMPHOCYTES | 48 | | % | |
| MONOCYTES | 7 | | % | |
| EOSINOPHILS | 5 | | % | |
| BASOPHILS | 0 | | % | |

JORDAN, DONALD - NE052254I                                      Page 1 - Continued on Page 2

```
                                                            BORATORY REPORT
19947250  AREA/ROUTE/   P: DE01
SUSSEX CORRECTIONAL                                         Quest
ROUTE 113 NORTH BOX 500                                     Diagnostics
GEORGETOWN, DE 19947
```

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN | | |
|---|---|---|---|---|---|---|---|
| JORDAN, DONALD | 095723 | | 53 | M | | | |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 1895897 | NE182345F | 8457894 | 01302004 | 01302004 | 01312004 | 8:14AM |

REMARKS

EASTERN
TIME
FASTING: U

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |
| Date of Birth: 12/31/1950 | | | | | | |
| COMPREHENSIVE METABOLIC PANEL | | | | | | QHC |
| | GLUCOSE | 91 | | MG/DL | 65-109 | |
| | | | | | FASTING REFERENCE INTERVAL | |
| | UREA NITROGEN (BUN) | 16 | | MG/DL | 7-25 | |
| | CREATININE | 1.0 | | MG/DL | 0.5-1.4 | |
| | BUN/CREATININE RATIO | 16 | | (CALC) | 6-25 | |
| | SODIUM | 139 | | MMOL/L | 135-146 | |
| | POTASSIUM | 4.0 | | MMOL/L | 3.5-5.3 | |
| | CHLORIDE | 107 | | MMOL/L | 98-110 | |
| | CARBON DIOXIDE | 23 | | MMOL/L | 21-33 | |
| | CALCIUM | 8.9 | | MG/DL | 8.5-10.4 | |
| | PROTEIN, TOTAL | 7.3 | | G/DL | 6.0-8.3 | |
| | ALBUMIN | 4.2 | | G/DL | 3.5-4.9 | |
| | GLOBULIN | 3.1 | | G/DL (CALC) | 2.2-4.2 | |
| | ALBUMIN/GLOBULIN RATIO | 1.4 | | (CALC) | 0.8-2.0 | |
| | BILIRUBIN, TOTAL | 0.4 | | MG/DL | 0.2-1.5 | |
| | ALKALINE PHOSPHATASE | 101 | | U/L | 20-125 | |
| | AST | | 51 H | U/L | 2-50 | |
| | ALT | | 78 H | U/L | 2-60 | |

>> END OF REPORT - JORDAN, DONALD NE182345F <<

```
19947250 AREA/ROUTE/STOP: DE01
SUSSEX CORRECTIONAL
ROUTE 113 NORTH BOX 500
GEORGETOWN, DE 19947
```

BORATORY REPORT


Quest Diagnostics

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| JORDAN, DONALD | 095723 | | 52 | M | BURNS, ROBERTA F |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 1111929 | NE464298E | | 12162003 | 12172003 | 12172003 | 8:07AM |

REMARKS

EASTERN TIME
FASTING: Y

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |
| Date of Birth: 12/31/1950 | | | | | | |
| | CHOLESTEROL, TOTAL | 140 | | MG/DL | <200 | QHC |
| | TRIGLYCERIDES | 84 | | MG/DL | <150 | QHC |
| | COMPREHENSIVE METABOLIC PANEL | | | | | QHC |
| | GLUCOSE | 108 | | MG/DL | 65-109 FASTING REFERENCE INTERVAL | |
| | UREA NITROGEN (BUN) | 10 | | MG/DL | 7-25 | |
| | CREATININE | 1.0 | | MG/DL | 0.5-1.4 | |
| | BUN/CREATININE RATIO | 10 | | (CALC) | 6-25 | |
| | SODIUM | 143 | | MMOL/L | 135-146 | |
| | POTASSIUM | 3.9 | | MMOL/L | 3.5-5.3 | |
| | CHLORIDE | 108 | | MMOL/L | 98-110 | |
| | CARBON DIOXIDE | 27 | | MMOL/L | 21-33 | |
| | CALCIUM | 9.3 | | MG/DL | 8.5-10.4 | |
| | PROTEIN, TOTAL | 7.4 | | G/DL | 6.0-8.3 | |
| | ALBUMIN | 4.3 | | G/DL | 3.5-4.9 | |
| | GLOBULIN | 3.1 | | G/DL (CALC) | 2.2-4.2 | |
| | ALBUMIN/GLOBULIN RATIO | 1.4 | | (CALC) | 0.8-2.0 | |
| | BILIRUBIN, TOTAL | 0.6 | | MG/DL | 0.2-1.5 | |
| | ALKALINE PHOSPHATASE | 94 | | U/L | 20-125 | |
| | AST | 30 | | U/L | 2-50 | |
| | ALT | 49 | | U/L | 2-60 | |
| | CBC (INCLUDES DIFF/PLT) | | | | | QHC |
| | WHITE BLOOD CELL COUNT | 5.0 | | THOUS/MCL | 3.8-10.8 | |
| | RED BLOOD CELL COUNT | | 4.09 L | MILL/MCL | 4.20-5.80 | |
| | HEMOGLOBIN | 13.4 | | G/DL | 13.2-17.1 | |
| | HEMATOCRIT | 39.4 | | % | 38.5-50.0 | |
| | MCV | 96.6 | | FL | 80.0-100.0 | |
| | MCH | 32.8 | | PG | 27.0-33.0 | |
| | MCHC | 33.9 | | G/DL | 32.0-36.0 | |
| | RDW | 14.1 | | % | 11.0-15.0 | |
| | PLATELET COUNT | 177 | | THOUS/MCL | 140-400 | |
| | ABSOLUTE NEUTROPHILS | 2050 | | CELLS/MCL | 1500-7800 | |
| | ABSOLUTE LYMPHOCYTES | 2300 | | CELLS/MCL | 850-3900 | |
| | ABSOLUTE MONOCYTES | 450 | | CELLS/MCL | 200-950 | |
| | ABSOLUTE EOSINOPHILS | 200 | | CELLS/MCL | 15-500 | |
| | ABSOLUTE BASOPHILS | 50 | | CELLS/MCL | 0-200 | |
| | NEUTROPHILS | 41 | | % | | |
| | LYMPHOCYTES | 46 | | % | | |
| | MONOCYTES | 9 | | % | | |

>> REPORT CONTINUED ON NEXT PAGE - JORDAN, DONALD NE464298E

**LABORATORY REPORT**


Quest Diagnostics

```
19947250 AREA/ROUTE,   OP: DE01
SUSSEX CORRECTIONAL
ROUTE 113 NORTH BOX 500
GEORGETOWN, DE 19947
```

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| JORDON, DONALD | 095723 |  | 52 | M | BURNS, ROBERTA F |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 3000233 | NE619667A |  | 03202003 0000 | 03202003 | 03212003 | 8:56AM |

REMARKS  230



EASTERN TIME
FASTING: Y

| REPORT STATUS | TEST | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL |  |  |  |  |  |  |

Date of Birth: 12/31/1950

COMPREHENSIVE METABOLIC PANEL   QHO
| Test | Result | | Units | Reference Range |
|---|---|---|---|---|
| GLUCOSE | 97 | | MG/DL | 65-109 FASTING REFERENCE INTERVAL |
| UREA NITROGEN (BUN) | 9 | | MG/DL | 7-25 |
| CREATININE | 1.1 | | MG/DL | 0.5-1.4 |
| BUN/CREATININE RATIO | 8 | | (CALC) | 6-25 |
| SODIUM | 145 | | MMOL/L | 135-146 |
| POTASSIUM | 4.4 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 107 | | MMOL/L | 98-110 |
| CARBON DIOXIDE | 25 | | MMOL/L | 21-33 |
| CALCIUM | 9.3 | | MG/DL | 8.5-10.4 |
| PROTEIN, TOTAL | 7.5 | | G/DL | 6.0-8.3 |
| ALBUMIN | 4.2 | | G/DL | 3.5-4.9 |
| GLOBULIN | 3.3 | | G/DL (CALC) | 2.2-4.2 |
| ALBUMIN/GLOBULIN RATIO | 1.3 | | (CALC) | 0.8-2.0 |
| BILIRUBIN, TOTAL | 0.5 | | MG/DL | 0.2-1.5 |
| ALKALINE PHOSPHATASE | 77 | | U/L | 20-125 |
| AST | 36 | | U/L | 2-50 |
| ALT | 52 | | U/L | 2-60 |

CBC (INCLUDES DIFF/PLT)   QHO
| Test | Result | Out of Range | Units | Reference Range |
|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 5.0 | | THOUS/MCL | 3.8-10.8 |
| RED BLOOD CELL COUNT | | 4.00 L | MILL/MCL | 4.20-5.80 |
| HEMOGLOBIN | 13.5 | | G/DL | 13.2-17.1 |
| HEMATOCRIT | 38.8 | | % | 38.5-50.0 |
| MCV | 96.8 | | FL | 80.0-100.0 |
| MCH | | 33.7 H | PG | 27.0-33.0 |
| MCHC | 34.8 | | G/DL | 32.0-36.0 |
| RDW | 12.8 | | % | 11.0-15.0 |
| PLATELET COUNT | 189 | | THOUS/MCL | 140-400 |
| ABSOLUTE NEUTROPHILS | 1850 | | CELLS/MCL | 1500-7800 |
| ABSOLUTE LYMPHOCYTES | 2350 | | CELLS/MCL | 850-3900 |
| ABSOLUTE MONOCYTES | 500 | | CELLS/MCL | 200-950 |
| ABSOLUTE EOSINOPHILS | 250 | | CELLS/MCL | 15-500 |
| ABSOLUTE BASOPHILS | 50 | | CELLS/MCL | 0-200 |
| NEUTROPHILS | 37 | | % | |
| LYMPHOCYTES | 47 | | % | |
| MONOCYTES | 10 | | % | |
| EOSINOPHILS | 5 | | % | |
| BASOPHILS | 1 | | % | |

>> REPORT CONTINUED ON NEXT PAGE - JORDON, DONALD NE619667A <<

```
19947250  AREA/ROUTE/STOP: DE01
SUSSEX CORRECTIONAL
ROUTE 113 NORTH BOX 500
GEORGETOWN, DE 19947
```

...ORATORY REPORT



**Quest Diagnostics**

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| JORDAN, DONALD | 095723 | | 51 | M | |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 9881687 | KP544867Q | | 11202002 NG | 11202002 | 11212002 | 8:21AM |

REMARKS

EASTERN TIME
FASTING: Y

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: 12/31/1950

| TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE |
|---|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | | QHC |
| GLUCOSE | 93 | | MG/DL | 65-109 FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 8 | | MG/DL | 7-25 | |
| CREATININE | 1.1 | | MG/DL | 0.5-1.4 | |
| BUN/CREATININE RATIO | 7 | | (CALC) | 6-25 | |
| SODIUM | 140 | | MMOL/L | 135-146 | |
| POTASSIUM | 4.0 | | MMOL/L | 3.5-5.3 | |
| CHLORIDE | 106 | | MMOL/L | 98-110 | |
| CARBON DIOXIDE | 26 | | MMOL/L | 21-33 | |
| CALCIUM | 9.1 | | MG/DL | 8.5-10.4 | |
| PROTEIN, TOTAL | 6.5 | | G/DL | 6.0-8.3 | |
| ALBUMIN | 3.7 | | G/DL | 3.5-4.9 | |
| GLOBULIN | 2.8 | | G/DL (CALC) | 2.2-4.2 | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | | (CALC) | 0.8-2.0 | |
| BILIRUBIN, TOTAL | 0.6 | | MG/DL | 0.2-1.5 | |
| ALKALINE PHOSPHATASE | 66 | | U/L | 20-125 | |
| AST | 36 | | U/L | 2-50 | |
| ALT | | 61 H | U/L | 2-60 | |
| CBC (INCLUDES DIFF/PLT) | | | | | QHC |
| WHITE BLOOD CELL COUNT | 5.5 | | THOUS/MCL | 3.8-10.8 | |
| RED BLOOD CELL COUNT | | 3.99 L | MILL/MCL | 4.20-5.80 | |
| HEMOGLOBIN | 13.2 | | G/DL | 13.2-17.1 | |
| HEMATOCRIT | | 37.6 L | % | 38.5-50.0 | |
| MCV | 94.0 | | FL | 80.0-100.0 | |
| MCH | | 33.1 H | PG | 27.0-33.0 | |
| MCHC | 35.1 | | G/DL | 32.0-36.0 | |
| RDW | 12.5 | | % | 11.0-15.0 | |
| PLATELET COUNT | 182 | | THOUS/MCL | 140-400 | |
| ABSOLUTE NEUTROPHILS | 2200 | | CELLS/MCL | 1500-7800 | |
| ABSOLUTE LYMPHOCYTES | 2530 | | CELLS/MCL | 850-3900 | |
| ABSOLUTE MONOCYTES | 495 | | CELLS/MCL | 200-950 | |
| ABSOLUTE EOSINOPHILS | 275 | | CELLS/MCL | 50-550 | |
| ABSOLUTE BASOPHILS | 0 | | CELLS/MCL | 0-200 | |
| NEUTROPHILS | 40 | | % | | |
| LYMPHOCYTES | 46 | | % | | |
| MONOCYTES | 9 | | % | | |
| EOSINOPHILS | 5 | | % | | |
| BASOPHILS | 0 | | % | | |

>> REPORT CONTINUED ON NEXT PAGE - JORDAN, DONALD KP544867Q <<



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.825.7330

SPECIMEN INFORMATION
SPECIMEN:      KP054141P
REQUISITION:   8655362

COLLECTED:    09/03/2002    NG
RECEIVED:
REPORTED:     09/05/2002    07:29 ET

PATIENT INFORMATION
JORDAN, DONALD

DOB: 12/31/1950  AGE: 51
GENDER: M  FASTING: Y
SSN:
ID:   095723
PHONE:

REPORT STATUS **FINAL**

ORDERING PHYSICIAN

CLIENT INFORMATION
N19947250                    DE01
SUSSEX CORRECTIONAL
ROUTE 113 NORTH BOX 500
GEORGETOWN, DE 19947

COMMENTS: MINUS LB

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | QHO |
| GLUCOSE | 89 | | 65-109 MG/DL FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 12 | | 7-25 MG/DL | |
| CREATININE | 1.4 | | 0.5-1.4 MG/DL | |
| BUN/CREATININE RATIO | 9 | | 6-25 (CALC) | |
| SODIUM | 138 | | 135-146 MMOL/L | |
| POTASSIUM | 4.6 | | 3.5-5.3 MMOL/L | |
| CHLORIDE | 102 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 22 | | 21-33 MMOL/L | |
| CALCIUM | 9.5 | | 8.5-10.4 MG/DL | |
| PROTEIN, TOTAL | 8.1 | | 6.0-8.3 G/DL | |
| ALBUMIN | 4.6 | | 3.5-4.9 G/DL | |
| GLOBULIN | 3.5 | | 2.2-4.2 G/DL (CALC) | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | | 0.8-2.0 (CALC) | |
| BILIRUBIN, TOTAL | 0.6 | | 0.2-1.5 MG/DL | |
| ALKALINE PHOSPHATASE | 105 | | 20-125 U/L | |
| AST | | 74  H | 2-50 U/L | |
| ALT | | 151  H | 2-60 U/L | |
| * PARTIAL THROMBOPLASTIN TIME, ACTIVATED | 27 | | 22-34 SECONDS | QHO |
| CBC (INCLUDES DIFF/PLT) | | | | QHO |
| WHITE BLOOD CELL COUNT | 6.1 | | 3.8-10.8 THOUS/MCL | |
| RED BLOOD CELL COUNT | 4.55 | | 4.20-5.80 MILL/MCL | |
| HEMOGLOBIN | 15.3 | | 13.2-17.1 G/DL | |
| HEMATOCRIT | 44.9 | | 38.5-50.0 % | |
| MCV | 98.7 | | 80.0-100.0 FL | |
| MCH | | 33.7  H | 27.0-33.0 PG | |
| MCHC | 34.2 | | 32.0-36.0 G/DL | |
| RDW | 11.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 204 | | 140-400 THOUS/MCL | |
| ABSOLUTE NEUTROPHILS | 1952 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 2989 | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | 549 | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 488 | | 50-550 CELLS/MCL | |

JORDAN, DONALD - KP054141P

Page 1 - Continued on Page 2



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.825.7330

SPECIMEN INFORMATION
SPECIMEN:     KP8615050
REQUISITION:  8655301

COLLECTED:   08/19/2002    NG
RECEIVED:
REPORTED:    08/23/2002    07:08 ET

PATIENT INFORMATION
JORDAN, DONALD

DOB: 12/13/1950  AGE: 51
GENDER: M  FASTING: U
SSN:
ID:  095723
PHONE:

REPORT STATUS **FINAL**

ORDERING PHYSICIAN

CLIENT INFORMATION
N19947250                DE01
SUSSEX CORRECTIONAL
ROUTE 113 NORTH BOX 500
GEORGETOWN, DE 19947

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | QHO |
| GLUCOSE | 81 | | 65-109 MG/DL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 10 | | 7-25 MG/DL | |
| CREATININE | 1.1 | | 0.5-1.4 MG/DL | |
| BUN/CREATININE RATIO | 9 | | 6-25 (CALC) | |
| SODIUM | 140 | | 135-146 MMOL/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 MMOL/L | |
| CHLORIDE | 106 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 21 | | 21-33 MMOL/L | |
| CALCIUM | 9.1 | | 8.5-10.4 MG/DL | |
| PROTEIN, TOTAL | 6.2 | | 6.0-8.3 G/DL | |
| ALBUMIN | 4.1 | | 3.5-4.9 G/DL | |
| GLOBULIN | | 2.1  L | 2.2-4.2 G/DL (CALC) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 0.8-2.0 (CALC) | |
| BILIRUBIN, TOTAL | 0.6 | | 0.2-1.5 MG/DL | |
| ALKALINE PHOSPHATASE | 93 | | 20-125 U/L | |
| AST | | 58  H | 2-50 U/L | |
| ALT | | 114  H | 2-60 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QHO |
| WHITE BLOOD CELL COUNT | 5.5 | | 3.8-10.8 THOUS/MCL | |
| RED BLOOD CELL COUNT | | 4.04  L | 4.20-5.80 MILL/MCL | |
| HEMOGLOBIN | 13.9 | | 13.2-17.1 G/DL | |
| HEMATOCRIT | 39.6 | | 38.5-50.0 % | |
| MCV | 97.8 | | 80.0-100.0 FL | |
| MCH | | 34.4  H | 27.0-33.0 PG | |
| MCHC | 35.2 | | 32.0-36.0 G/DL | |
| RDW | 13.1 | | 11.0-15.0 % | |
| PLATELET COUNT | 155 | | 140-400 THOUS/MCL | |
| ABSOLUTE NEUTROPHILS | 2035 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 2640 | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | 440 | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 385 | | 50-550 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 0 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 37 | | % | |
| LYMPHOCYTES | 48 | | % | |

JORDAN, DONALD - KP8615050

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. © Quest Diagnostics Incorporated. All rights reserved. QD20300-NTL Revised 11/01.

**LabCorp** RVA

| Specimen # | Type | P | Report Status | | |
|---|---|---|---|---|---|
| 348-709-0070-0 | S | RN | PRELIM PG 1 | OO N O1 | |

Additional Information: DOB: 12/13/50 FASTING Y

Clinical Information: 12-15-99 08:52

| Physician ID | Patient ID |
|---|---|
| BURNS R | TV |
| BURNS | 87455 |

Account: UPIN: D01174
SUSSEX CORRECTIONAL INST (PHS) 07519
BOX 500 RE   # 00
ROUTE 113   00
GEORGETOWN , DE 19947-
302-856-5563   DEW

Patient Name: JORDAN, DONALD
Sex: M  Age (Yr/Mos): 049/00

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 12/14/99 | 12/15/99 | 12/15/99 | 0453 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL |
|---|---|---|---|---|
| CMP13+LP+ALT+Fe+GGT+LD+P+Ur... | | | | |
| CHEMISTRIES | | | | |
| Glucose, Serum | 95 | | mg/dL | 65 - 109 |
| Uric Acid, Serum | 3.6 | | mg/dL | 2.2 - 8.7 |
| BUN | 7 | | mg/dL | 5 - 26 |
| Creatinine, Serum | 1.2 | | mg/dL | 0.5 - 1.5 |
| BUN/Creatinine Ratio | 5 | | | |
| Sodium, Serum | 141 | | mEq/L | 135 - 148 |
| Potassium, Serum | 4.5 | | mEq/L | 3.5 - 5.5 |
| Chloride, Serum | 105 | | mEq/L | 96 - 109 |
| Carbon Dioxide, Total | 31 | | mEq/L | 20 - 32 |
| Calcium, Serum | 9.4 | | mg/dL | 8.5 - 10.6 |
| Phosphorus, Serum | 4.2 | | mg/dL | 2.5 - 4.5 |
| Protein, Total, Serum | 7.3 | | g/dL | 6.0 - 8.5 |
| Albumin, Serum | 4.0 | | g/dL | 3.5 - 5.5 |
| Globulin, Total | 3.3 | | g/dL | 1.5 - 4.5 |
| A/G Ratio | 1.2 | | | 1.1 - 2.5 |
| Bilirubin, Total | 0.6 | | mg/dL | 0.1 - 1.2 |
| Alkaline Phosphatase, Serum | 86 | | IU/L | 25 - 150 |
| LDH | 142 | | IU/L | 100 - 250 |
| AST (SGOT) | 65 | H | IU/L | 0 - 45 |
| ALT (SGPT) | 129 | H | IU/L | 0 - 50 |
| GGT | 42 | | IU/L | 0 - 85 |
| Iron, Serum | 120 | | mcg/dL | 40 - 180 |
| LIPIDS | | | | |
| Cholesterol, Total | 117 | | mg/dL | 100 - 199 |
| Triglycerides | 130 | | mg/dL | 0 - 199 |
| HDL Cholesterol | 30 | L | mg/dL | 35 - 150 |
| VLDL Cholesterol Cal | 26 | | mg/dL | 5 - 40 |
| LDL Cholesterol Calc | 61 | | mg/dL | 0 - 129 |
| T. Chol/HDL Ratio | 3.9 | | Ratio Units | 0.0 - 5.0 |
| Estimated CHD Risk | 0.7 | | Times Avg. | 0.0 - 1.0 |

(The CHD Risk is based on the
T.Chol/HDL Ratio. Other factors      T. Chol/HDL Ratio
affect CHD Risk such as hyper-              Men    Women
tension, smoking, diabetes,        1/2 Avg.Risk  3.4    3.3
severe obesity, and family            Avg.Risk  5.0    4.4
history of premature CHD.)         2X Avg.Risk  9.6    7.1
                                   3X Avg.Risk 23.4   11.0

| CBC WITH DIFFERENTIAL/PLATELET | | | | |
|---|---|---|---|---|
| White Blood Cell (WBC) Count | 6.1 | | X 10-3/uL | 4.0 - 10.5 |
| Red Blood Cell (RBC) Count | 4.22 | | X 10-6/uL | 4.10 - 5.60 |
| Hemoglobin | 14.3 | | g/dL | 12.5 - 17.0 |
| Hematocrit | 41.2 | | % | 36.0 - 50.0 |
| MCV | 98 | | fL | 80 - 98 |
| MCH | 33.9 | | pg | 27.0 - 34.0 |
| MCHC | 34.8 | | g/dL | 32.0 - 36.0 |

REPORT                    ©1999 Laboratory Corporation of America® Hol

**LabCorp**

Patient Name: JORDAN, DONALD
Sex: M

Account: SUSSEX CORRECTIONAL INSTIT
36 ROUTE 113
GEORGETOWN, DE 19947
302-856-5280   Rte/Btch: 61490/57582

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL |
|---|---|---|---|---|
| **METABOLIC PANEL, COMPREHENSIVE:** | | | | |
| GLUCOSE | 97 | | MG/DL | 65-115 |
| BLOOD UREA NITROGEN | 12 | | MG/DL | 5-26 |
| CREATININE | 0.7 | | MG/DL | 0.6-1.5 |
| BUN/CREATININE RATIO | 17.1 | | | 5.0-25.0 |
| CALCIUM | 9.0 | | MG/DL | 8.5-10.6 |
| SODIUM | 142 | | MEQ/L | 135-147 |
| POTASSIUM | 4.1 | | MEQ/L | 3.5-5.5 |
| CHLORIDE | 105 | | MEQ/L | 96-109 |
| TOTAL BILIRUBIN | 0.7 | | MG/DL | 0.1-1.2 |
| ALKALINE PHOSPHATASE | 79 | | U/L | 25-150 |
| SGOT(AST) | 36 | | U/L | 0-45 |
| TOTAL PROTEIN | 6.9 | | G/DL | 6.0-8.5 |
| ALBUMIN | 4.0 | | G/DL | 3.5-5.5 |
| GLOBULIN | 2.9 | | G/DL | 2.2-4.1 |
| A/G RATIO | 1.4 | | | 0.9-2.0 |
| **CBC WITH DIFFERENTIAL/PLATELET:** | | | | |
| WBC | 5.3 | | THOUS/uL | 4.0-10.5 |
| RBC | 4.25 | | MILL/uL | 4.10-5.60 |
| HEMOGLOBIN | 14.3 | | G/DL | 12.5-17.0 |
| HEMATOCRIT | 41.9 | | % | 36-50 |
| MCV | 99 | HI | fL | 80-98 |
| MCH | 33.7 | | PG | 27-34 |
| MCHC | 34.2 | | G/DL | 32-36 |
| LYMPHOCYTES | 49 | HI | % | 14-46 |
| NEUTROPHILS | 38 | LO | % | 40-74 |
| MONOCYTES | 5 | | % | 4-13 |
| EOSINOPHILS | 7 | | % | 0-7 |
| BASOPHILS | 1 | | % | 0-3 |
| LYMPHOCYTES(ABSOLUTE COUNT) | 2.6 | | THOUS/uL | 0.70-4.50 |
| NEUTROPHILS(ABSOLUTE COUNT) | 2.0 | | THOUS/uL | 1.80-7.00 |
| MONOCYTES(ABSOLUTE COUNT) | 0.3 | | THOUS/uL | 0.10-1.00 |
| EOSINOPHILS(ABSOLUTE COUNT) | 0.4 | | THOUS/uL | 0.0-0.40 |
| BASOPHILS(ABSOLUTE COUNT) | 0.1 | | THOUS/uL | 0.0-0.20 |
| PLATELET COUNT | 152 | | THOUS/uL | 140-415 |
| **THYROID PANEL:** | | | | |
| THYROXINE (T-4) | 6.5 | | MCG/DL | 4.5-12.0 |
| T-3 UPTAKE | 30 | | % | 24-39 |
| T-7 | 2.0 | | | 1.2-4.9 |
| **TSH, HIGH SENSITIVITY, SERUM:** | | | | |

PAGE 1    REPORT FOR  JORDAN, DONALD  CONTINUED...

```
SPECIMEN #      TYPE    PRIMARY LAB   REPORT STATUS                              LabCorp
 5529523-0              FG            AL    PG 1
 F8582686-2     ADDITIONAL INFORMATION                CLINICAL INFORMATION
                                                                   Fast:NI
                                                     PHYSICIAN ID.           PATIENT ID.
Source          : Not Indicated                      BUNNS                   095723
PATIENT NAME                    SEX    AGE (YR./MOS.)  ACCOUNT   51929-9
JORDAN, DONALD                   M        NI         SUSSEX CORRECTIONAL INSTIT
PT. ADD.                                             PRISON HEALTH SERVICES, IN
                                                     ROUTE 113
DATE OF COLLECTION  DATE ENTERED   DATE REPORTED     GEORGETOWN, DE 19947
 07-AUG-96         07-AUG-96      08-AUG-96           302-856-5280  Rte/Btch: 61000/56833.00
```

| TEST | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

TEST(S) ORDERED : SED RATE - WESTERGREN, ACP, CBC.

ACP:
* GLUCOSE                   94              MG/DL     65-115
* BLOOD UREA NITROGEN        8              MG/DL     5-25
* CREATININE               1.2              MG/DL     0.6-1.5
* CALCIUM                  9.3              MG/DL     8.5-10.8
* PHOSPHORUS               4.5              MG/DL     AGE 0-16 2.5-6.5
                                                      AGE 17-150 2.5-4.5
* SODIUM                   139              MEQ/L     135-147
* POTASSIUM                4.0              MEQ/L     3.5-5.3
* CHLORIDE                 104              MEQ/L     96-109
* URIC ACID                4.3              MG/DL     3.5-9.0
* TOTAL PROTEIN            7.1              G/DL      6.0-8.5
* ALBUMIN                  4.0              G/DL      3.5-5.5
* GLOBULIN                 3.1              G/DL      2.2-4.1
* A/G RATIO                1.3                        0.9-2.0
* TOTAL BILIRUBIN          0.6              MG/DL     0.1-1.2
* ALKALINE PHOSPHATASE      80              U/L       AGE 0-17 80-490
                                                      AGE 18-99 25-140
* LACTIC DEHYDROGENASE     136              U/L       0-240
* SGOT(AST)                 38              U/L       0-40
* SGPT(ALT)                 44              U/L       0-45
* GGT                       16              U/L       0-85
* TOTAL IRON                79              MCG/DL    35-175
* TRIGLYCERIDES             79              MG/DL     30-150

* CHOLESTEROL            LO 125             MG/DL     DESIRABLE:  < 200
                                                      BORDER:   200-240
                                                      ELEVATED:  > 240

CBC W/PLATELET:
* WBC                      7.0              THOUS/uL  4.0-10.5
* RBC                     4.40              MILL/uL   4.1-5.6
* HEMOGLOBIN              14.8              G/DL      12.5-17.0
* HEMATOCRIT              43.2              %         36-50
* MCV                       98              fL        80-98
* MCH                     33.7              PG        27-34
* MCHC                    34.3              G/DL      32-36
* LYMPHOCYTES               37              %         14-46
* NEUTROPHILS               46              %         40-74
* MONOCYTES                  8              %         4-13
* EOSINOPHILS         HI     8              %         0-7
* BASOPHILS                  1              %         0-3
* PLATELET COUNT           201              THOUS/uL  140-415

PAGE 1     REPORT FOR JORDAN, DONALD   CONTINUED...

©1995 Laboratory Corporation of America™ Holdings
All Rights Reserved

| | PATIENT NAME | | | PATIENT I.D. |
|---|---|---|---|---|
| | JORDAN, DONA... | | | |
| ACCESSION NO. | AGE | SEX | T.V./SOURCE | DATE RECEIVED |
| 20616280 | 41 | M | | 07/25/9... |
| REFERRING PHYSICIAN | | | CLIENT NO. | DATE REPORTE... |
| SUSSEX CORR INST | | | 68550 | 07/25/9... |
| ORDER STATUS | COLLECTION DATE/TIME | | | CLIENT DATA |
| COMPLETE | 07/24/92 | | | |

Addressee:
SUSSEX CORRECTIONAL INST ...113
RT 113
GEORGETOWN, DE 19947

| TEST | OUTSIDE RANGE | WITHIN RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| NON-FASTING SST REC'D W/O IDENTIFICATION | | | | |
| LAB-SCAN | | | | |
| (INCOMPLETE SEPARATION OF SERUM) | | | | |
| CALCIUM | | 10.2 | MG/DL | 8.5-10.5 |
| FREE CALCIUM | | 4.3 | MG/DL | 3.3-5.8 |
| INORGANIC PHOSPHORUS | | 2.6 | MG/DL | 2.5-4.5 |
| TOTAL BILIRUBIN | | 0.7 | MG/DL | 0.2-1.2 |
| DIRECT BILIRUBIN | | 0.2 | MG/DL | 0.0-0.3 |
| INDIRECT BILIRUBIN | | 0.5 | MG/DL | 0.0-0.9 |
| TOTAL PROTEIN | | 7.6 | GM/DL | 6.0-8.0 |
| ALBUMIN | | 4.5 | GM/DL | 3.0-5.5 |
| GLOBULIN | | 3.1 | GM/DL | 1.5-3.6 |
| ALBUMIN/GLOBULIN RATIO | | 1.5 | | 1.1-2.2 |
| ALKALINE PHOSPHATASE | | 94 | IU/L | 30-140 |
| AST(SGOT) | 53 H | | IU/L | 0-50 |
| ALT(SGPT) | 82 H | | IU/L | 0-55 |
| LD(LDH) | | 156 | IU/L | 100-250 |
| BUN | 9 L | | MG/DL | 10-20 |
| CREATININE | | 1.3 | MG/DL | 0.7-1.5 |
| BUN/CREATININE RATIO | 6.9 L | | | 7.0-29.0 |
| GLUCOSE | | 86 | MG/DL | 60-115 |
| URIC ACID | | 4.3 | MG/DL | 2.0-9.0 |
| SODIUM | | 143 | MEQ/L | 135-145 |
| POTASSIUM | | 5.2 | MEQ/L | 3.5-5.5 |
| CHLORIDE | | 106 | MEQ/L | 95-109 |
| CARBON DIOXIDE | | 24 | MEQ/L | 24-30 |
| CHOLESTEROL | | 160 | MG/DL | 150-200 |
| TRIGLYCERIDES | | 118 | MG/DL | 30-150 |
| COMPLETE BLOOD COUNT | | | | |
| WBC | | 4.5 | K | 4.5-11.0 |
| RBC | | 4.80 | M | 3.50-5.90 |
| HEMOGLOBIN | | 15.7 | GM% | 14.0-18.0 |
| HEMATOCRIT | | 46.6 | % | 40.0-54.0 |
| MCV | | 97 | | 80-100 |
| MCH | | 33 | | 25-35 |
| MCHC | | 34 | | 31-37 |
| RDW | | 12.8 | | 9.0-16.0 |
| NEUTROPHILS | | 48.1 | % | 46.0-79.0 |
| LYMPHOCYTES | | 28.7 | % | 15.0-44.0 |
| MONOCYTES | 14.0 H | | % | 0.0-12.0 |
| EOSINOPHILS | 7.4 H | | % | 0.0-5.0 |
| BASOPHILS | | 1.8 | % | 0.0-2.0 |
| PLATELET COUNT | | 206 | K | 150-400 |
| RETICULOCYTE COUNT | 1.7 H | | % | 0.5-1.5 |

*Noted W... 7/30/92*

* SEE REVERSE SIDE FOR TESTING LOCATI...