UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD J. JORDON ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-1334-KAJ |
| ) | |
| v. ) | |
| ) | |
| STATE OF DELAWARE, ET AL ) | JURY OF 12 DEMANDED |
| ) | |
| Defendants. ) | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff, Donald J. Jordon moves the Court to enter a default judgment against defendants Roberta F. Burns, MD, and Susan Rickards, and states:

1. A default has been entered against defendants Roberta F. Burns, MD, and Susan Rickards, for failure to answer or otherwise defend in the above-reference action.

2. Plaintiff also seek that the Court hold a hearing or a jury trial on damages to which I am entitled.

DATED: 1-23-06

Donald J. Jordon, pro se
Sussex Correctional Institution
P.O. Box 500
Geprgetown, DE  19947

FILED
JAN 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD J. JORDON ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-1334-KAJ |
| ) | |
| v. ) | |
| ) | |
| STATE OF DELAWARE, ET AL ) | JURY OF 12 DEMANDED |
| ) | |
| Defendants. ) | |

### AFFADIVT FOR ENTRY OF DEFAULT

STATE OF DELAWARE )
                ) ss:
COUNTY OF SUSSEX )

DONALD J. JORDON declares under penalty of perjury:

1. I am the pro se plaintiff in the above-reference action.

2. The defendants Roberta F. Burns, MD, and Susan Rickards at all relevant times to the above-reference action was employess of First Correctional Medical, an state actor. Defendants Roberta F. Burns, MD, and Susan Rickards are considered prison officials.

3. An appearance of Daniel L. McKenty, Esquire, and Dana M. Spring, Esquire, as attorneys for defendant Roberta F. Burns, MD, and Susan Rickards was entered on or about October 13, 2005.

4. The defendants Roberta F. Burns, MD, and Susan Rickards has not filed or served an answer as may be permitted by law although more than 90 days have passed since the date of service.

5. Based on the facts in this affidavit, the plaintiff is convinced that defendants Roberta F. Burns, MD, and Susan Rickards is not in the miltary service of the United States.

                                                          Donald J. Jordon
                                                          Sussex Correctional Institution
                                                          P.O.Box 500
                                                          Georgetown, DE 19947

DATED: 1-23-06

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD J. JORDON | ) | |
| Plaintiff, | ) | C.A. No. 04-1334-KAJ |
| v. | ) | |
| STATE OF DELAWARE, ET AL | ) | JURY OF 12 DEMANDED |
| Defendants | ) | |

CERTIFICATE OF SERVICE

I, Donald J. Jordon, hereby certify that on this date a copy of the attached document was mailed via first class mail, upon the following:

Daniel L. McKenty, Esquire
Dana M. Spring, Esquire
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Attorneys for Roberta F. Burns, MD
and Susan Rickards

LISA ANN BARChi, EsquiRE
~~Thomas E. Brown, Esquire~~
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French St., 16th Fl.
Wilmington, DE 19801

DATED: 1-23-06

Donald J. Jordon
Sussex Correctional Inst.
P.O. Box 500
Georgetown, DE 19947

I/M: D. Breeden   BLDG: Merit-West
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
#0297723

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, Dela.
19801-3570