Dear Sir,                                                                 Mar. 1, 06
                                                                          04-1334 (KAJ)

Will you please send me a copy of my docket sheet

Thankyou for your time and consideration.

                                                        Sincerely,
                                                        Donald Jordan
                                                        #00095723

FILED
MAR 03 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

\# 00095723

I/M: Donald Jordan  BLDG: Merit West
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390  MAR 02 06

Clerk U.S. District Court
844 N. King St.
Lock Box 18
Wilmington, DE 19801