IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD JORDAN, et al ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-01334-KAJ |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| STATE OF DELAWARE, et al ) | |
| ) | |
| Defendants. ) | |

PLAINTIFFF JORDON'S OPPOSITION TO DEFENDANTS
ROBERTA F. BURNS, M.D, AND SUSAN RICKARDS
MOTION TO DISMISS

FILED MAR 28 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Plaintiff Donald J. Jordon, opposes defendants motion to dismiss on the following grounds:

1. Plaintiff Donald J. Jordon, on behalf of themselves and all others similary situated, pro se, for declaratory and injunctive relief against FCM Defendants. Plaintiff and plaintiff class claims arise out of the inadequate medical care provided them while incarcerated in various DDOC prison facilities throughout the state.

2. The heart of his complaint is that the defendants have been, and continue to be, in violation of the prohibition on cruel unusual punishment in that, by policy, custom and practice, they are deliberately indifferent to plaintiffs' serious medical needs by failing to provide adequate testing and treatment for the Hepatitis C Virus ("HCV"). Without the testing and treatment herein requested, plaintiff and those similary situated suffer an increase risk of, and actual grave illness and/or death as the result of undected and untreated HCV infection.

3. In the "FCM" Defendants" Motion to Dismiss, there is a serious of deficiencies in their Motion to Dismiss:

4. On or about 10/05/04, Plaintiff filed a pro se complaint alleging inadequate medical care for Hepatitis C Virus. (D.I. 2) "FCM" Defendants were

serve on 8/24/05, answer due 10/24/05. (D.I. 12, 13)  On 10/13/05, Notice of appearance by Dana Michele on behalf of Roberta F. Burns and Susan Rickards were entered on 10/24/05. (D.I.20)

5. On 1/27/2006, Plaintiff apply for default judgment by way of motion and affidavit, based on "FCM" Defendants failure to answer or defend under the Federal Rules of Civil Procedure, Rule 12(a)(1)(a) which require the Defendants' answer to be served without 60 days after being properly notice. "FCM" Defendants never filed an opposition to the default motion by the plaintiff. Nor, was there any motion for extension of time file by "FCM" Defendants. This matter has not been resolved by the Court, and "FCM" Defendants has made no mention in their motion to dismiss.

6. Plaintiff have exhausted administrative remedies pursuant to 42 U.S.C § 1997e(a). Copies of these Final, Step III, grievance denials are attached as Exhibit 1.

7. Plaintiff was diagnosed with HCV in 2002. (Exhibit "2")

8. "FCM" Defendants have failed to follow their own protocol in regards to properly completing the required Checklist HCV Treatment forms. (Exhibit "3")

9. In spite of his elevated ALT levels and his requests before filing his civil rights action, plaintiff has been unlawfully denied referral for liver biopsy and evaluation for treatment.

10. In the "FCM" Defendants' Motion to Dismiss, defendant Burns has included an affidavit as Exhibit "3" that is unsigned and un-notarized. This document should not be rely upon by this Court in any conclusion of this matter.

11. For the above reasons, Plaintiff Donald J. Jordon, respectfully requests that motion to dismiss at this stage is premature and should be dismiss.

*Donald J. Jordon*
Donald J. Jordon.

# Certificate of Service

I, Donald J. Jordon, do hereby certify that on this date one copy of Opposition to Motion to Dismiss was place in the SCI prison mailbox to be served on the following individuals:

Dana M. Spring
1225 N. King St., Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Lisa Ann Barchi, Esq
Department of Justice
820 N. French St.
Wilmington, DE 19801

Attorneys for Medical Defendants

Date: March 24, 2006

Donald J. Jordan

Donald J. Weldon
I/M: _____ BLDG. ___M&T___
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. District Court
Lockbox 18
844 N. King Street
Wilmington DE
19801