# EXHIBIT 2



**FIRST CORRECTIONAL MEDICAL**

## CHECKLIST FOR HCV TREATMENT

This form must be completed by a Facility Provider for each Hepatitis C positive identified patient, after completing Work-Up for Abnormal LFTs form, regardless of treatment status.

**STEP ONE:**
a) Hep C Antibody (Qtest 86803) Date 9/5/02
b) Hep C confirmation (Qtest# 87522) Date 12/17/02 (+) 769,000 5.89 log
c) Most current ALTs (must have 3 over past 1 yr):
   Date & Level 3/3/03  52  Date & Level 11/20/02  61  Date & Level 9/6/02  151
   12/1/10 ALT 49
   1/30/04 ALT 78
   8/04 ALT 30
d) HIV status   Positive / (Negative) (circle one)    Date 1994
e) Hep. B. Surface Antigen   Positive /(Negative) (circle one) Date 9/6/02
f) HCV Genotype  Results _____    Date _____

**STEP TWO:**
1) Completed exclusion/inclusion checklist & meets **all inclusions**:
   Affirmative    Negative   (circle one) Date _____
2) **No exclusions** found:
   Affirmative    Negative   (circle one) Date _____

**STEP THREE**
  *If answer to 1) is Affirmative and 2) is Affirmative then:
    A.)  Completely review with patient and obtain consent/refusal for liver biopsy and treatment on FCM HCV Consent for Treatment form.
    B.)  In addition, if consented for Treatment – submit this form for approval, along with Consult request for liver Biopsy to FCM Delaware Office for Medical Director to complete.
    C.)  Please give the inmate, along with verbal instruction, a copy of the Inmate HCV Information sheet (please date, sign, and file with this form in the medical record.

**STEP FOUR**
Regardless of whether the inmate is eligible for treatment or consents/refuses Hepatitis C treatment they must be offered the following (to be documented on the FCM Inmate TB/Immunization form):
    A.)  Hepatitis A vaccine (no serology indicated)
    B.)  Hepatitis B vaccine series if HBsAB (-) and HBsAG (-)
    C.)  Refusal of vaccine needs to be noted on the FCM refusal of Treatment form.

**TO BE COMPLETED BY THE FCM STATE MEDICAL DIRECTOR:**
Approval for Hep C Treatment to be initiated _____ Date _____
Approval/ Denial for Liver Biopsy _____ Date _____
Denial of Hep. C. Tx - Please indicate why _____
_____ Date _____

*If answer to 1) is Negative OR 2) is Negative then the patient is ineligible for Treatment. The inmate must be educated as to reasons why they are ineligible, then this documentation and copy of Inmate HCV Information sheet must be signed, dated and filed with this form in the chart.

Physician Signature  Roberto F Burns   Date 6/25/03

Admin-2007      First Correctional Medical Proprietary Information      November 2002