EXHIBIT 3

**FIRST CORRECTIONAL MEDICAL**

# FCM Hepatitis C Exclusion and Inclusion Treatment Criteria Sheet

| | | YES | NO |
|---|---|---|---|
| 1. | **Absolute Exclusion Criteria:** | | |
| a. | Age less than 18 or greater than 60. Age: 62 | | ✓ |
| b. | Failure to have a minimum of 18 months to serve, prior to parole eligibility or conditional release date, from anticipated initiation of treatment date (Note released date 2017 ). | | ✓ |
| c. | History of documented use of illicit drugs or alcohol in preceding 12 months. | | ✓ |
| d. | Failure (documented) to complete a substance abuse program once Begun. | | ✓ |
| f. | History of depression or psychosis (or prior suicide attempt) | ✓ | |
| g. | History of malignancy. | | ✓ |
| h. | Clinical signs of decompensated liver disease | | ✓ |
| i. | Unstable cardiac disease. | | ✓ |
| j. | Pregnancy or unwillingness to avoid conception up to 6 months after therapy. | | ✓ |
| k. | Uncontrolled seizures | | ✓ |
| l. | End stage renal disease on dialysis | | ✓ |
| m. | Uncontrolled diabetes | | ✓ |
| n. | Uncontrolled hypertension. | | ✓ |
| o. | Normal ALT or ALT < 1.5 times normal during 12 month observation period. | ✓ | |
| p. | History of medical non-compliance | | ✓ |
| 2. | **Inclusion Criteria:** | | |
| a. | Persistently elevated ALT levels as defined by ALT at least 1.5 times normal limit over period of preceding 6 months. | | ✓ |
| b. | Detectable HCV RNA | | |
| c. | Negative pregnancy test for female inmates. | N/A | |
| d. | Written consent to antiviral treatment and acknowledgement of all side effects as below (documented on FCM HCV consent form). | | |
| 3. | **Relative Exclusion Criteria:** | | |
| a. | Chronic steroid use. | | ✓ |
| b. | Hemoglobin less than 12 mg/dl for men or <11mg/dl for women | | ✓ |
| c. | Platelet count < 100,000. | | ✓ |
| d. | Serum Creatinine > 2.0 mg/dl. | | ✓ |
| e. | INR > 1.2. | | ✓ |
| f. | Hepatitis B Surface antigen positive. | | ✓ |
| g. | White Blood Cell Count < 3,000. | | ✓ |
| h. | Autoimmune disorders. | | ✓ |
| i. | History of thyroid disease/hemoglobinopathies/cytopenia/anemia | | ✓ |
| j. | Serum Albumin < 3.2 mg/dl. | | ✓ |
| k. | HIV + | | ✓ |

Inmate Signature  *Donald Jordan*   Date 6/25/03

Providers Signature  *Roberto F Burns*   Date 6/25/03

MR-1087     First Correctional Medical Proprietary Information     June 2003