UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE


DONALD J. JORDON, ET AL          )
                                 )
          Plaintiff              )    C.A. No. 04-1334-KAJ
                                 )
     v.                          )
                                 )
STATE OF DELAWARE, ET AL         )    JURY OF 12 DEMANDED
                                 )
          Defendants.            )

MOTION FOR LEAVE TO SUPPLEMENTED
PLAINTIFF'S OPPOSITION TO DEFENDANTS
MOTION TO DISMISS

**FILED**

APR - 6 2006

Bo Scanned

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COMES NOW, Donald J. Jordon, plaintiff, moves this Court for permission to supplement his opposition to Defendants motion to dismiss, and state the following:

1. Plaintiff is an inmate in the Delaware Correctional system. Jordon filed a claim in this Court alleging that Defendants are deliberately indifferent to plaintiff's serious medical needs by failing to provide adequate testing and treatment for the Hepatitis C Virus ("HCV").

2. State defendant and Medical defendants have both filed motion to dismiss, and plaintiff have filed motion in opposition against both defendants.

3. On or about March 31, 2006, plaintiff received a letter from Edward L. Foley, M.D., who after examined my medical records indicated that a liver biopsy was recommend in practice guidelines. (EXHIBIT "1")

4. At the time of responding to defendants motion to dismiss, I did not have access to Dr. Foley's letter in regards to my treatment.

5. The matter embraced in Dr. Foley's letter is consistent with the issues set forth in the original opposition motion to defendants motion to dismiss with respect to the cause of action stated in the original complaint.

6. Plaintiff continually assert, despite having tested positive for HCV,

elevated ALT levels and significant symptoms as clearly stated in his original complaint, he has not received a liver biopsy or ultrasound to determine the extent of damage to his liver and treatment options.

7.  Defendants have and are continually unlawfully denying Mr. Jordon basic and humane medical care and treatment for his serious medical needs.

<u>CONCLUSION</u>

8.  For the above reasons, the plaintiff respectfully request that his motion be granted, and FCM defendants motion to dismiss be denied.

4 - 3 - 2006

Donald J. Jordon
Sussex Correctional Institution
P.O.Box 500
Georgetown, DE  19947.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DONALD J. JORDON                )
                                )
        Plaintiff,              )    C.A. No.   04-1334-KAJ
                                )
    v.                          )
                                )
STATE OF DELAWARE, ET AL        )    JURY OF 12 DEMANDED
                                )
        Defendants.             )

CERTIFICATE OF SERVICE

I, Donald J. Jordon, do hereby certify that on this date one  copy

of  MOTION FOR LEAVE TO SUPPLEMENTED OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

were place in the Sussex Correctional Institution mailbox to be served on the

following individuals:

Lisa Ann Barchi, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE  19801
Attorney for State Defendants

Dana M. Spring, Esquire
Daniel L. McKenty, Esquire
1225 N. King Steet, Suite 1100
P.O. Box 397
Wilmington, DE  19899-0397
Attorneys for Roberta F. Burns
and Susan Rickards

Donald J. Jordon
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

Dated: April 3, 2006



I/M: Donald Jackson BLDG: Merit
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE   19947

U.S. District Court
Lockbox 18
844 N. King St.
Wilmington DE
19801