

Edward L. Foley, M.D.
Paul M. Wodlinger, M.D.

PEDIATRIC ASSOCIATES
OF WASHINGTON

400 Jefferson Avenue
Washington, PA 15301-4261
(724) 228-7400
Fax (724) 228-1098

March 29, 2006

Mr. Donald Jordon
Sussex Correctional Institution, Merit West
P.O. Box 500
Georgetown, DE 19947

Dear Mr. Jordan:

    As requested, I have reviewed the laboratory results forwarded to me covering blood tests done on you since July 24, 1992. The tests indicated that you had significant elevations in your liver function enzyme levels as early as that date, presumably on the basis of infection with Hepatitis C.

    The recent blood work, collected on December 29, 2005, shows that your Hepatitis C infection is with Type 1b and that you have a significantly elevated "viral load," indicating that the infection remains active in you blood stream and presumably also in your liver. Recent practice guidelines recommend that a liver biopsy be done before any treatment of this virus type is started, since only about half of cases respond well to currently available medications. Treatment is therefore only suggested if biopsy shows marked degrees of liver damage.

    I would therefore fully agree with your gastroenterologist's recommendation that you have a liver biopsy done, so that appropriate decisions can be made regarding possible need for treatment of your condition.

Sincerely,

*[signature]*

Edward L. Foley, M.D.