**BIO-REFERENCE LABORATORIES**
481 Edward H. Ross Drive
Elmwood Park, NJ 07407
(201) 791-3600
(800) 229-LABS

DOCTOR: CMS SUSSEX
RT. 113 NORTH
GEORGETOWN, DE 19947    (D0301)

-FINAL-

| NAME | PATIENT I.D./ROOM NO. | DOCTOR / GROUP NAME | | |
|---|---|---|---|---|
| JORDAN, DONALD | 095723 | DR. BURNS | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 100751809 | 12/29/2005 | 12/29/2005 23:42 | 01/01/2006 10:46 | 54 | M |

| Test Description | Result | Abnormal | Reference | Units |
|---|---|---|---|---|
| **CHEMISTRY** | | | | |
| Total Protein | 7.4 | | 5.9-8.4 | gm/dl |
| Albumin | 4.3 | | 3.2-5.2 | gm/dl |
| Globulin | 3.1 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.4 | | 1.1-2.9 | |
| Bilirubin, Total | 0.2 | | 0.1-1.0 | mg/dl |
| BILIRUBIN, DIRECT | 0.1 | | 0.0-0.3 | MG/DL |
| Alk Phos | 104 | | 39-120 | u/l |
| AST (SGOT) | 25 | | < 37 | u/l |
| ALT (SGPT) | 20 | | < 40 | u/L |
| **HEMATOLOGY** | | | | |
| PROTIME | 10.5 | | 10.1-13.6 sec | |
| INTR.NORM.RATIO(INR) | | 0.91 LO | 2.00-3.00 | |

```
CLINICAL INDICATIONS FOR INR USE           REFERENCE RANGE
Prophylaxis or treatment of venous thrombosis,   2.0 - 3.0
systemic embolization, or                       (therapeutic range)
treatment of pulmonary embolus.
High-risk patients with mechanical heart valves.  2.5 - 3.5
* * * * * * * * * * * * * * * * * * * * * * * * *
NOTE: INR values below 2.0 in patients on warfarin therapy would
be considered sub-therapeutic for the above conditions.
Normal subjects NOT treated with warfarin will have INR values
in the range of:                           0.87 - 1.19
```

| **MISCELLANEOUS** | | | | |
|---|---|---|---|---|
| HEPATITIS C GENOTYPE | TYPE 1b | | SEE BELOW | |
| HEP.C,RNA,bDNA,QNT | 14997424 | | <3200 copies/mL | |
| HEP.C,RNA,bDNA,QNT | 2884120 | | <615 IU/mL | |

Test# 3335 (Hep. C RNA/Viral load,bDNA) performed using Bayer bDNA
Assay.

Test# 2161 (Hepatitis C Genotype) performed using Bayer Versant
LIPA Assay.

Printed: 01/02/2006 14:28        Continued on Next Page        Pg: 1

| BIO-REFERENCE LABORATORIES | | | 481 Edward H. Ross Drive Elmwood Park, NJ 07407 | | |
|---|---|---|---|---|---|
| (201) 791-3600 | | | (800) 229-LABS | | |
| CMS SUSSEX<br>RT. 113 NORTH<br>GEORGETOWN, DE 19947   (D0301) | | -FINAL- | | | |
| NAME<br>JORDAN, DONALD | | PATIENT I.D./ROOM NO.<br>095723 | DOCTOR / GROUP NAME<br>DR. BURNS | | |
| LAB I.D. NO.<br>100751809 | DATE COLLECTED<br>12/29/2005 | DATE RECEIVED<br>12/29/2005 23:42 | DATE OF REPORT<br>01/01/2006 10:46 | AGE<br>54 | SEX<br>M |
| Test Description | Result | Abnormal | Reference | Units | |

NOTE: Specimen submitted was moderately lipemic. Please evaluate all results with caution.
*****************************************************************
Hepatitis C genotype (test#1421) was evaluated and its performance characteristics determined by BioReference Laboratories. It has not been cleared or approved by the FDA, but such clearance or approval is not necessary.  It should not be regarded as investigational or for research. The laboratory is certified under the Clinical Laboratory Improvement Act of 1988 (CLIA) as qualified to perform high-complexity clinical testing.
*****************************************************************
NOTE: Hepatitis C Virus Genotype/Subtype assay is able to identify the following subtypes:
1a, 1b, 1a/1b, 1, 2a/2c, 2b, 2, 3a, 3b, 3c, 3
4a, 4b, 4c/4d, 4e, 4f, 4h, 4, 5a, 6a, 10a

James Weisberger, MD
**LABORATORY DIRECTOR**

Printed: 01/02/2006 14:28         -- End of Report --                 Pg: 2