IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD JORDAN, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF DELAWARE by and through the DELAWARE DEPARTMENT OF CORRECTIONS (DDOC); STANLEY TAYLOR, COMMISSIONER, DDOC; PAUL W. HOWARD, Bureau Chief, DDOC; BEN ROBINSON, MD, Medical Director, DDOC; RICK KEARNEY, Warden, Sussex Correctional Institution, (SCI); ROBERTA F. BURNS, MD, Staff Physician, SUSAN RICKARDS, Administrator of Health Services, DDOC; and JOHN AND JANE DOES I-XII,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-1334-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by the State of Delaware by and through the Delaware Department of Corrections, Stanley

Taylor, Paul Howard, and Rick Kearney (D.I. 21), and the Motion for Summary Judgment filed by Roberta Burns and Susan Rickards (D.I. 32) are GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
June 9, 2006