**REVIEWED**
*By Larisha Davis at 12:52 pm, Jun 25, 2007*

CLOSED

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01334-KAJ
### Internal Use Only

| | |
|---|---|
| Jordan v. State of Delaware, et al | Date Filed: 10/05/2004 |
| Assigned to: Honorable Kent A. Jordan | Date Terminated: 06/09/2006 |
| Demand: $0 | Jury Demand: Plaintiff |
| Case in other court: USDC/DE, 93cv413RRM | Nature of Suit: 555 Prisoner: Prison Conditions |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Donald J. Jordan**
*Individually and on behalf of al persons similarly situated*

represented by **Donald J. Jordan**
SBI #095723
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947
*PRO SE*

V.

**Defendant**

**State of Delaware**
*by and through the DELAWARE DEPARTMENT OF CORRECTIONS (DDOC)*

represented by **Lisa Ann Barchi**
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8363
Fax: (302) 577-5688
Email: lisa.barchi@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stanley Taylor**
*Commissioner DDOC*

represented by **Lisa Ann Barchi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chief Bureau Prisons Paul W. Howard**
*DDOC*

represented by **Lisa Ann Barchi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MD Ben Robinson**
*Medical Director DDOC*

**Defendant**

| | |
|---|---|
| **Warden Rick Kearney**<br>*Sussex Correctional Institution (SCI)* | represented by **Lisa Ann Barchi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **MD Roberta F. Burns**<br>*Staff Physician* | represented by **Dana Spring Monzo**<br>McCullough & McKenty, P.A.<br>1225 North King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397<br>(302) 655-6749<br>Fax: (302) 655-6827<br>Email: dmonzo@mccmck.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Susan Rickards**<br>*Administrator of Health Services*<br>*DDOC* | represented by **Lisa Ann Barchi**<br>(See above for address)<br>*TERMINATED: 09/19/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Dana Spring Monzo**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**John and Jane Does I-XII**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2004 | 1 | MOTION by Donald J. Jordan to Proceed in Forma Pauperis (mwm) (Entered: 10/06/2004) |
| 10/05/2004 | 2 | COMPLAINT filed. (mwm) (Entered: 10/06/2004) |
| 10/05/2004 | | DEMAND for jury trial by Donald J. Jordan (mwm) (Entered: 10/06/2004) |
| 10/13/2004 | 3 | CASE assigned to Judge Kent A. Jordan . Notice to all parties. (rjb) (Entered: 10/13/2004) |
| 03/07/2005 | 4 | Letter dated 3/3/05 to Clerk from Donald Jordan regarding Requesting Status. (rwc, ) (Entered: 03/07/2005) |
| 03/08/2005 | 5 | Letter dated 3/8/05 to Donald J. Jordan from Clerk regarding response to |

| | | |
|---|---|---|
| 09/13/2005 | 15 | WAIVER OF SERVICE with 285 form returned executed For Stanley Taylor waiver sent on 8/24/2005, answer due 10/24/2005. (rwc, ) (Entered: 09/13/2005) |
| 09/16/2005 | 16 | MOTION for Lisa Barchi to Withdraw as Attorney - filed by Susan Rickards. (Attachments: # 1 Exhibit Signed Representation Form) (Barchi, Lisa) (Entered: 09/16/2005) |
| 09/19/2005 | 17 | SO ORDERED, re 16 MOTION for Lisa Barchi to Withdraw as Attorney for Susan Rickards. Attorney Lisa Ann Barchi terminated. Signed by Judge Kent A. Jordan on 9/19/05. (rwc, ) (Entered: 09/19/2005) |
| 09/19/2005 | | Partial Filing Fee Received from Donald J. Jordan: $ 46.00, receipt number 140648 (rbe, ) (Entered: 09/19/2005) |
| 09/21/2005 | 18 | WAIVER OF SERVICE with 285 form returned executed by Rick Kearney: For Rick Kearney waiver sent on 8/24/2005, answer due 10/24/2005. (rwc, ) (Entered: 09/21/2005) |
| 09/21/2005 | 19 | USM 285 Returned Unexecuted as to Ben Robinson. (rwc, ) (Entered: 09/21/2005) |
| 10/13/2005 | 20 | NOTICE of Appearance by Dana Michele Spring on behalf of Roberta F. Burns, Susan Rickards (Spring, Dana) (Entered: 10/13/2005) |
| 10/24/2005 | 21 | MOTION to Dismiss for Failure to State a Claim, MOTION for Summary Judgment - filed by State of Delaware, Stanley Taylor, Paul W. Howard, Rick Kearney. (Barchi, Lisa) (Entered: 10/24/2005) |
| 10/24/2005 | 22 | SEALED OPENING BRIEF in Support re 21 MOTION to Dismiss for Failure to State a Claim MOTION for Summary Judgment filed by State of Delaware, Stanley Taylor, Paul W. Howard, Rick Kearney.Answering Brief/Response due date per Local Rules is 11/7/2005. (Barchi, Lisa) (Entered: 10/24/2005) |
| 10/26/2005 | 23 | REDACTED VERSION of 22 Opening Brief in Support, *Defendants' Motion to Dismiss/Summary Judgment* by State of Delaware, Stanley Taylor, Paul W. Howard, Rick Kearney. (Attachments: # 1 Exhibit Medical Reports# 2 Exhibit Preoperative History & Physical# 3 Exhibit Grievance Report# 4 Errata Letter to Jordan from Howard)(Barchi, Lisa) (Entered: 10/26/2005) |
| 10/28/2005 | | Partial Filing Fee Received from Donald J. Jordan: $ 5.86, receipt number 141016 (rbe, ) (Entered: 10/28/2005) |
| 11/16/2005 | | Partial Filing Fee Received from Donald J. Jordan: $ 30.00, receipt number 141207 (rbe, ) Modified on 11/17/2005 (rbe, ). (Entered: 11/17/2005) |
| 12/02/2005 | 24 | ANSWERING BRIEF in Opposition re 21 MOTION to Dismiss for Failure to State a Claim/MOTION for Summary Judgment filed by Donald J. Jordan.Reply Brief due date per Local Rules is 12/9/2005. (ntl, ) (Entered: 12/05/2005) |
| | | |