UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE
19801
(302) 573-6170

September 6 , 2007

Lisa Ann Barchi , ESQ.
Department of Justice
lisa.barchi@state.de.us

RE: **Jordan v. State of Delaware, et al.**
Civ. No. **04-cv-01334-KAJ**

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 22.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: [signature]

I hereby acknowledge receipt of the above mentioned documents on  9/6/07  .

[signature]
Signature